# CERTIFICATION AND NOTICE OF INTERESTED PARTIES
# PURSUANT TO LOCAL RULE 3-16

Pursuant to Local Rule 3-16(b)(3), as of December 8, 2006, counsel for Petitioner is not aware of any interested parties other than the named parties to the action.

December 8, 2006                                         _____/S/_____

                                                         Camille O. Bowman, Esq.
                                                         Attorney for Petitioner