<u>**CERTIFICATE OF SERVICE**</u>

<u>MAYA C. CAMARA v. MICHAEL CHERTOFF, et al.</u>

I, Camille O. Bowman, hereby certify that I am a resident of or employed in the County of Los Angeles, over 18 years of age, not a party to the within action and that I am employed at and my business address is:

**Law Offices of Michael J. Gurfinkel**
**219 North Brand Boulevard**
**Glendale, CA 91203**
**Phone: (818) 543-5800**
**Facsimile: (818) 543-5801**

On December 8, 2006, I served a copy of the petitioner's **PETITION FOR REVIEW OF A DENIAL OF PETITIONER'S NATURALIZATION APPLICATION BY THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES** on the following person(s), and by the method(s) indicated:

**Civil Process Clerk**
**U.S. Attorney's Office**
**Civil Division**
**450 Golden Gate Avenue**
**11th Floor**
**San Francisco, CA 94102**
(*via United States Postal Service certified mail with return receipt*)

**Alberto R. Gonzales**
**U.S. Attorney General**
**U.S. Department of Justice**
**950 Pennsylvania Avenue, NW**
**Washington, DC 20530-0001**
(*via United States Postal Service certified mail with return receipt*)

**Philip J. Perry**
**Office of the General Counsel**
**U.S. Department of Homeland Security**
**Washington, DC 20528**
(*via United States Postal Service certified mail with return receipt*)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in San Francisco, California.

DATED: December 8, 2006                By:_____/S/_____
                                            Camille O. Bowman, Esq.