**EXHIBIT A**

Municipal Form No. 97—(Form No. 13)

REGISTER No. 91-31267

# MARRIAGE CONTRACT

City or Municipality of **MANILA** ........ Province of **PHILIPPINES**

|  | Husband | Wife |
|---|---|---|
| Contracting Parties | ANTHONY DAVE T. GONZALEZ | MAYA C. CAMARA |
| (a) Age & Birthdate | 19 yrs. old OCTOBER 21/72 | 18 yrs. old MARCH 13/73 |
| (b) Birthplace | BO. MA. LUCIA, MAGCARLAN, LAGUNA | KALOOKAN CITY |
| (c) Nationality | FILIPINO / CATHOLIC | FILIPINO / CATHOLIC |
| (d) Residence | 86-19th. AVE. CUBAO QUEZON CITY | 44- GENERAL CONCEPCION ST. B.B. KALOOKAN CITY |
| Single widowed or divorced | SINGLE | SINGLE |
| Father | ERNESTO GONZALES | DOMINADOR CAMARA |
| Nationality | FILIPINO | FILIPINO |
| Mother | HEDY TORIAS | MARIAG CAMARA |
| Nationality | FILIPINO | FILIPINO |
| Witnesses | RODOLFO DE GUZMAN | AMOR NILANBILIN |
| Residence | QUEZON CITY | KALOOKAN CITY |
| Persons who gave consent or advice | | |
| (a) Residence | NOTE: PARENTAL CONSENT FOR BOTH PARTIES HAS | |
| (b) Relation to contracting party | BEEN SOUGHT AND FAVORABLY GIVEN.... | |

Place of marriage — Office of the / Church of / House of / Barrio of — **CITY HALL, MANILA**

Date of marriage — **NOVEMBER 14, 1991**

Marriage solemnized by **REVEREND JULLIE B. TORRES**

(a) **MINISTER** (b) **C/O MANILA CITY HALL, MANILA**
   (Position)            (Address)

THIS IS TO CERTIFY That I, **ANTHONY DAVE T. GONZALEZ** and I, **MAYA C. CAMARA**, on the date and at the place above given, of our own free will and accord, and in the presence of the person solemnizing this marriage and of the two witnesses named below, both of age, take each other as husband and wife.

And I, **REVEREND JULLIE B. TORRES**, **MINISTER** (Position), CERTIFY That on the date and at the place above written the aforesaid **ANTHONY DAVE T. GONZALEZ** and **MAYA C. CAMARA** were, with their mutual consent, lawfully joined together in holy matrimony by me, in the presence of said witnesses, both of age; and I further certify that the Marriage License No. **9935890** issued at **CARMONA, CAVITE** on **NOV. 8th, 1991** in favor of said parties, was exhibited to me or no marriage license was exhibited to me this marriage being of an exceptional character performed under Art. XXXXXXXX of Rep. Act 386; and that the consent or advice to such marriage was duly given, as required by law, by the person or persons above mentioned.

IN WITNESS WHEREOF, we signed (or marked with our fingerprint) this certificate in triplicate this **14th** day of **NOVEMBER** 19 **91**.

(Contracting Party) **ANTHONY DAVE T. GONZALEZ**       (Contracting Party) **MAYA C. CAMARA**

WITNESSES

**RODOLFO DE GUZMAN**       **AMOR NILANBILIN**

Republic of the Philippines
NATIONAL STATISTICS OFFICE
Manila

OFFICE OF THE CIVIL REGISTRAR-GENERAL

A CERTIFIED TRUE PHOTO COPY
FOR THE CIVIL REGISTRAR - GENERAL

MA. NENEITH G. LABADOR
Clerk II

DATE VERIFIED: _____

VERIFIED BY: _____

**EXHIBIT B**

 

Republic of the Philippines
Province of Cavite
**MUNICIPALITY OF CARMONA**

## OFFICE OF THE MUNICIPAL CIVIL REGISTRAR

05 April 2002

**ATTY. MARIA ZORAIDA ZABAT TUAZON**
Branch Clerk of Court
Regional Trial Court
National Capital Judicial Region
Branch 107, Quezon City

Dear Atty. Tuazon:

Greetings!

This is with regards to the summon I received last April 1, 2002 re: Civil Case No. Q-02-46284 Anthony Dave T. Gonzales vs. Mayn C. Camara-Gonzales.

Please be informed that I became the Municipal Civil Registrar of Carmona, Cavite effective July 31, 1998. A certified Machine Copy of my appointment is hereto attached as annex "A". I issued the certification dated 02 August 2001 based on what is written on the Logbook of Marriage License wherein Marriage License issued in 1991 by the former Civil Registrar were recorded. A Certified Machine Copy of which is hereto attach as annex "B" and as annex "C" is the Certified Machine Copy of pages 87 and 88 of the logbook of Marriage License wherein the names Rolando Sarenas and Cristina Francisco appeared as the recipient of Marriage License No. 9935890 which was issued on November 6, 1991.

One of the most important duty of the Civil Registrar is to register and keep records pertaining to births, marriage and deaths and to issue appropriate certification on any and all matters relative thereto.

Hoping that this would merit your kind consideration and understanding on my role as Municipal Civil Registrar.

Best regards and more power.

Very truly yours,

**LEODIVINIA C. ENCARNACION**
Municipal Civil Registrar

Cc:   Mr. Anthony Dave T. Gonzales
         Plaintiff
         Office file

ANNEX "A"

KSS Porma Blg. 33
(Nirebisa. Setyembre 1993)

Republika ng Pilipinas
Lalawigan ng Kabite
Pamahalaang Bayan ng Carmona

## TANGGAPAN NG PUNONG BAYAN

ERODIVINIA C. ENCARNACION
CARMONA, CAVITE

RECEIVED
MAR 31 1998

Ginoo / Gng. / Bb.:

Kayo ay hinirang na ___MUNICIPAL CIVIL REGISTRAR___

na may katayuang ___PERMANENTE___ sa

___MUNICIPAL CIVIL REGISTRAR___ sa panahod na

___DALAWANG DAAN APATNAPUNG LIBONG PISO___ P240,000.00
ito ay magkakabisa sa petsa ng pagganap ng tungkulin subali't di aaga
sa petsa ng pagpirma ng puno ng tanggapan o appointing authority.

Ang appointment na ito ay ___PROMOTION___
(Orihinal, Promotion, Atbp.)

At ayon sa Plantilya Aytem Blg. _____ Pahina _____

Pinagtibay na Permanent

VILMA B. ALTEA
DIRECTOR II
CIVIL SERVICE FIELD OFFICE
PROVINCE OF CAVITE

Awtorisadong Opisyal
Komisyon ng Serbisyo Sibil

_____
Petsa

Sumasaiyo,

___ALEX___
Puno ng Tanggapan

JULY 21, 1997
Petsa ng Pagpirma




Republic of the Philippines
Province of Cavite
MUNICIPALITY OF CARMONA

OFFICE OF THE MUNICIPAL CIVIL REGISTRAR

# CERTIFICATION

Annex "B"

August 2, 2001

**TO WHOM IT MAY CONCERN:**

This is to certify that as per Registry Records of Marriage License filed in this office, Marriage License No. *9935890* was issued in favor of *MR. ROLANDO SARENAS and MISS CRISTINA FRANCISCO* on November 6, 1991.

No Marriage License appear to have been issued to *MR. ANTHONY DAVE T. GONZALES* and *MISS MAYA CAMARA* on November 8, 1991.

This certification is being issued upon the request of Michael J. Gurfinkel Corp. through Ms. Norilyn W. Ramos for whatever legal purpose or intents it may serve.

Paid Under O.R. No. 0688057
Dated: August 2, 2001

**CERTIFIED MACHINE COPY**

**LEODIVINIA C. ENCARNACION**
Municipal Civil Registrar

**LEODIVINIA C. ENCARNACION**
MUNICIPAL CIVIL REGISTRAR
CARMONA, CAVITE



**EXHIBIT C**



**EXHIBIT D**

Republic of the Philippines
**REGIONAL TRIAL COURT**
National Capital Judicial Region
Branch 107, Quezon City

ANTHONY DAVE T. GONZALES,
    Petitioner,

-versus-                                           CIVIL CASE NO. Q-02-46284
                                                         For: Declaration of
MAYA C. CAMARA GONZALES,                                  Nullity of Marriage
MUNICIPAL CIVIL REGISTRAR
OF CARMONA, CAVITE and CITY
OF MANILA, and the OFFICE
OF THE CIVIL REGISTRAR
GENERAL, NCSO,
    Respondents.
x-----------------------------x

## DECREE/CERTIFICATE OF FINALITY

This is to certify that a DECISION was rendered by the **HONORABLE ROSALINA L. LUNA PISON,** Presiding Judge of this Court on the above-entitled case on July 28, 2003 the dispositive portion of which reads as follows:

"WHEREFORE, IN VIEW OF THE FOREGOING, judgment is hereby rendered, to wit:

"1. Declaring the marriage celebrated between the petitioner, ANTHONY DAVE GONZALES (GONZALEZ) and respondent, MAYA C. CAMARA on November 14, 1991 in Manila void ab initio under Articles 3 and 4 of the Family Code. Henceforth, they shall be governed by the complete separation of property. There being no properties to speak of, no pronouncement is hereby made thereon.

"2. Their child, Laurenz Anthony Camara Gonzales is hereby declared an illegitimate child. He shall remain in the custody of the respondent. He is entitled to receive support from the parties. There being no evidence on his support requirements and the ability of the respondent to give support, no

CERTIFICATE OF FINALITY
CIVIL CASE NO. Q-02-46284
pg. 02
x--------------x

pronouncement is hereby made thereon <u>in the meantime</u>.

"3. Henceforth, the respondent shall be known by her maiden name, CAMARA.

"Let copy of this Decision be furnished the Local Civil Registrar of Manila where the marriage was celebrated and the Local Civil Registrar of Kaloocan City so that the necessary correction shall be made on the birth certificate of Laurenz Anthony Gonzales upon the finality of this Decision."

WHEREAS, on September 18, 2003 a Resolution was issued by this Court, the dispositive portion of which reads as follows:

"WHEREFORE, IN VIEW OF THE FOREGOING, the Motion for Reconsideration filed by the Office of the Solicitor General has to be, as it is hereby DENIED."

There being no Notice of Appeal/Motion for Reconsideration/Action to Set Aside Judgment and Resolution interposed thereto as of this date, despite receipt of their copies thereof by Assistant City Prosecutor Elizabeth Pagdilao on August 11, and September 26, 2003; Office of the Solicitor General on August 13, and September 29, 2003; Atty. Renato Cunanan, counsel for the petitioner on August 11, and September 30, 2003; Maya Camara-Gonzales respondent on August 12, 2003 the above-cited Decision and Resolution are hereby declared **FINAL and EXECUTORY**.

January 22, 2004, Quezon City, Metro Manila

ATTY. MARIA ZORAIDA ZABAT TUAZON
Branch Clerk of Court

/ecs
Paid Under O.R. No. 1954152
O.R. No. 1954157

Republic of the Philippines
National Capital Judicial Region
**REGIONAL TRIAL COURT**
Branch 107, Quezon City

ANTHONY DAVE T. GONZALES,
  Petitioner

  - versus -  Civil Case No. Q 02-46284
        For: Declaration of Nullity
         of Marriage under Par. 3 of
        Art. 35 of the Family Code

MAYA C. CAMARA GONZALES,
MUNICIPAL CIVIL REGISTRAR
of CARMONA, CAVITE and    CERTIFIED TRUE COPY:
CITY OF MANILA, and the OFFICE
Of THE CIVIL REGISTRAR GENERAL,
NCSO,          MARIA ZORAIDA S. ZABAT TUAZON
  Respondents.      Branch Clerk of Court
x-------------------------------x  RTC, Br. 107, Q.C.

# DECISION

### Statement of the Case

In a verified petition filed on March 4, 2002 petitioner prayed that after due notice and hearing judgment be issued declaring his marriage to the respondent void ab initio for having been celebrated without a valid marriage license in accordance with par. 3 of Article 35 of the Family Code.

All the respondents were duly served summons. They all failed to file their responsive pleadings within the reglementary period. The case was referred to the Office of the City Prosecutor to determine collusion between the petitioner and Maya C. Camara Gonzales. Without prejudice to the report to be submitted, the case was set for pre-trial conference/trial. Asst. City Prosecutor (ACP) Evelyn Pascua Lee was ordered to appear for the State and see to it that the evidence is not fabricated or suppressed.