LAW OFFICES OF MICHAEL J. GURFINKEL
Michael J. Gurfinkel, Esq. (SBN 93944)
Camille O. Bowman, Esq. (SBN 211458)
219 North Brand Boulevard
Glendale, CA 91203
Tel.: (818) 543-5800
Fax: (818) 543-5801
Email: michael@gurfinkel.com

Attorneys for Petitioner

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA C. CAMARA,<br><br>        Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Department of Homeland Security; ALBERTO R. GONZALES, United States Attorney General; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; and DAVID N. STILL, District Director of United States Citizenship and Immigration Services San Francisco District,<br><br>        Respondents. | Case No.: C 06 7552 SBA<br><br>**RETURN OF SERVICE**<br>**RE: SUMMONS; COMPLAINT** |

- 1 -

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 12/12/2006 |
| Name of SERVER Camille O. Bowman, Esq. | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other *(specify):* By mailing on December 12, 2006, via certified return receipt first class USPS mail.
To: Alberto R. Gonzales, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

### STATEMENT OF SERVICE FEES

| TRAVEL: N/A | SERVICES: N/A | TOTAL: N/A |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/12/06
           Date

Signature of Server
Law Office of Michael J. Gurfinkel
219 North Brand Blvd., Glendale, CA 91203

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

S:\Imm-Form\Forms\AO 440 Summons in Civil Action Form.doc
Rev. 1/2/07



AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>12/12/2006 |
| Name of SERVER<br>Camille O. Bowman, Esq. | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other *(specify):* By mailing on December 12, 2006, via certified return receipt first class USPS mail.
To: Philip J. Perry
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528
Pursuant to 6 C.F.R. Section 5.42(a), only the Office of the General Counsel is authorized to receive and accept on behalf of the Department of Homeland Security, summonses or complaints sought to be served upon the Department, the Secretary, or Department employees.

### STATEMENT OF SERVICE FEES

| TRAVEL: N/A | SERVICES: N/A | TOTAL: N/A |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/12/06
                    Date

Signature of Server
Law Office of Michael J. Gurfinkel
219 North Brand Blvd., Glendale, CA 91203

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

S:\Imm-Form\Forms\AO 440 Summons in Civil Action Form.doc
Rev. 1/2/07



**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7006 0100 0005 2031 1374

1949.3291
CAMARA, Maya C.

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage

DEC 12 2006   Postmark Here

Sent To
Philip J. Perry
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

PS Form 3800, June 2002   See Reverse for Instructions

---

1949.3291
CAMARA, Maya C.

■ complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X /s/ Megan [illegible]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
DEC 20 2006

1. Article Addressed to:

Philip J. Perry
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 0100 0005 2031 1374

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>12/12/2006 |
| Name of SERVER<br>Camille O. Bowman, Esq. | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other *(specify):* By mailing on December 12, 2006, via certified return receipt first class USPS mail.
To: Civil Process Clerk
U.S. Attorney's Office, Civil Division
450 Golden Gate Avenue, 11 th Floor
San Francisco, California 94102

Pursuant to 28 U.S.C. Section 547, U.S. Attorney's Office, Civil Division, represents the federal government in all civil actions filed by and against the United States.

### STATEMENT OF SERVICE FEES

| TRAVEL: N/A | SERVICES: N/A | TOTAL: N/A |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/12/06
             Date

*Signature of Server*
Law Office of Michael J. Gurfinkel
219 North Brand Blvd., Glendale, CA 91203

*Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

S:\Imm-Form\Forms\AO 440 Summons in Civil Action Form.doc
Rev. 1/2/07

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Postage $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage

Postmark Here — DEC 12 2006

Sent To
Street, Apt N or PO Box No
City, State, Zip

Civil Process Clerk
U.S. Attorney's Office
Civil Division
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102

7006 0100 0005 2031 1381

PS Form 3800, June 2002

---

Omara, Maiya 1949.3291

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
U.S. Attorney's Office
Civil Division
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Marc de Leon
C. Date of Delivery: 12/14/2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0005 2031 1381

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me [1] || DATE<br>12/12/2006 |
| Name of SERVER<br>Camille O. Bowman, Esq. || TITLE<br>Attorney |
| *Check one box below to indicate appropriate method of service* |||
| ☐ | Served Personally upon the Defendant. Place where served: ||
| ☐ | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: ||
| ☐ | Returned unexecuted: ||
| ☒ | Other *(specify):* By mailing on December 12, 2006, via certified return receipt first class USPS mail.<br>To: David N. Still, District Director<br>U.S. Department of Homeland Security<br>630 Sansome Street, Citizenship Branch<br>San Francisco, California 94111 ||

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL: N/A | SERVICES: N/A | TOTAL: N/A |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/12/06
                 Date

Signature of Server
Law Office of Michael J. Gurfinkel
219 North Brand Blvd., Glendale, CA 91203

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

S:\Imm-Form\Forms\AO 440 Summons in Civil Action Form.doc
Rev. 1/2/07

