IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA C. CAMARA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHEAL CHERTOFF,<br><br>　　　　Defendant.　　　　　　　／ | No. C 06-07552 SBA<br><br>**CLERK'S NOTICE** |

**Counsel for the plaintiff is directed to serve a copy of this Notice upon any other party in this action not enrolled in the e-filing program. Following service, Counsel shall file a certificate of service with the Clerk of the Court.**

　　YOU ARE HEREBY NOTIFIED THAT the Case Management Conference set for , **March 15, 2007, at 3:00 p.m., has been moved to, March 15, 2007, at 2:30 p.m., via telephone.**

　　**Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.**

　　**(NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.)**

　　**Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case Management Conference.**

**Dated: 1/4/07**

　　　　　　　　　　　　　　　　　　　　　　**FOR THE COURT,**

　　　　　　　　　　　　　　　　　　　　　　**Richard W. Wieking, Clerk**

　　　　　　　　　　　　　　　　　　　　　　**By: s/Lisa R. Clark**
　　　　　　　　　　　　　　　　　　　　　　　　**Courtroom Deputy**