LAW OFFICES OF MICHAEL J. GURFINKEL
Michael J. Gurfinkel, Esq. (SBN 93944)
Camille O. Bowman, Esq. (SBN 211458)
219 North Brand Boulevard
Glendale, CA 91203
Tel.: (818) 543-5800
Fax: (818) 543-5801
Email: michael@gurfinkel.com

Attorneys for Petitioner

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA C. CAMARA, | Case No.: C 06 7552 SBA |
| Petitioner, | |
| v. | **CERTIFICATE OF SERVICE RE: CLERK'S NOTICE** |
| MICHAEL CHERTOFF, Secretary of Department of Homeland Security; ALBERTO R. GONZALES, United States Attorney General; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; and DAVID N. STILL, District Director of United States Citizenship and Immigration Services San Francisco District, | |
| Respondents. | |

# CERTIFICATE OF SERVICE

**MAYA C. CAMARA v. MICHAEL CHERTOFF, et al.** Case No.: C 06 7552 SBA

I, Camille O. Bowman, hereby certify that I am a resident of or employed in the County of Los Angeles, over 18 years of age, not a party to the within action and that I am employed at and my business address is:

**Law Offices of Michael J. Gurfinkel**
**219 North Brand Boulevard**
**Glendale, CA 91203**
Phone: (818) 543-5800
Facsimile: (818) 543-5801

On February 12, 2007, I served a copy of the **CLERK'S NOTICE, dated 01/04/2007** on the following person(s), and by the method(s) indicated:

Mr. Edward A. Olsen
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
(*via United States Postal Service certified mail with return receipt*)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Glendale, California.

DATED: February 12, 2007                By: _____
                                              Camille O. Bowman
                                              Attorney at Law



1

## CERTIFICATE OF SERVICE

**MAYA C. CAMARA v. MICHAEL CHERTOFF, et al.** Case No.: C 06 7552 SBA

     I, Camille O. Bowman, hereby certify that I am a resident of or employed in the County of Los Angeles, over 18 years of age, not a party to the within action and that I am employed at and my business address is:

**Law Offices of Michael J. Gurfinkel**
**219 North Brand Boulevard**
**Glendale, CA 91203**
**Phone: (818) 543-5800**
**Facsimile: (818) 543-5801**

On January 8, 2007, I served a copy of the **CLERK'S NOTICE** on the following person(s), and by the method(s) indicated:

**Civil Process Clerk**
**U.S. Attorney's Office, Civil Division**
**450 Golden Gate Avenue**
**11th Floor**
**San Francisco, CA 94102**
(*via United States Postal Service certified mail with return receipt*)

**Mr. Alberto R. Gonzales**
**U.S. Attorney General**
**U.S. Department of Justice**
**950 Pennsylvania Avenue, NW**
**Washington, DC 20530-0001**
(*via United States Postal Service certified mail with return receipt*)

**Mr. Michael Chertoff, Secretary of DHS**
**C/o Mr. Philip J. Perry**
**Office of the General Counsel**
**U.S. Department of Homeland Security**
**Washington, DC 20528**
(*via United States Postal Service certified mail with return receipt*)

**Mr. Emilio T. Gonzalez, Director of USCIS**
**C/o Mr. Philip J. Perry**
**Office of the General Counsel**
**U.S. Department of Homeland Security**
**Washington, DC 20528**
(*via United States Postal Service certified mail with return receipt*)

Mr. David N. Still, District Director
C/o Mr. Philip J. Perry
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528
(*via United States Postal Service certified mail with return receipt*)

Mr. David N. Still, District Director
U.S. Department of Homeland Security
630 Sansome Street, Citizenship Branch
San Francisco, CA 94111
(*via United States Postal Service certified mail with return receipt*)

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Glendale, California.

DATED: January 8, 2007

By: _____
Camille O. Bowman
Attorney at Law

2

## 1949.3291
## CAMARA, Maya C.

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

   Civil Process Clerk
   U.S. Attorney's Office, Civil Division
   450 Golden Gate Ave., 11th Floor
   San Francisco, CA 94102

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0005 4795 7142

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## 1949.3291
## CAMARA, Maya C.

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JAN 1 2 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

   Mr. Alberto R. Gonzales
   U.S. Attorney General
   U.S. Department of Justice
   950 Pennsylvania Ave., NW
   Washington, DC 20530-0001

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0005 4795 7159

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## 1949.3291
## CAMARA, Maya C.

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X P. Cun   ☒ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                1-12-07

DEPT OF HOMELAND SEC
SFR RECORDS MAILROOM

2007 JAN 2 A 10:57

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

1. Article Addressed to:

   Mr. David N. Still, District Director
   U.S. Department of Homeland Security
   630 Sansome Street, Citizenship Branch
   San Francisco, CA 94111

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0005 4795 7197

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**1949.3291**
**CAMARA, Maya C.**

1. Article Addressed to:

   Mr. Michael Chertoff, Secretary of DHS
   c/o Mr. Philip J. Perry
   Office of the General Counsel
   U.S. Department of Homeland Security
   Washington, DC 20528

A. Signature: X *Megan [signature]* — Agent / Addressee
B. Received by (Printed Name): JAN 1 9 2007
C. Date of Delivery
D. Is delivery address different from item 1? Yes/No

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0005 4795 7173

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**1949.3291**
**CAMARA, Maya C.**

1. Article Addressed to:

   Mr. David N. Still, District Director
   c/o Mr. Philip J. Perry
   Office of the General Counsel
   U.S. Department of Homeland Security
   Washington, DC 20528

A. Signature: X *Megan [signature]* — Agent / Addressee
B. Received by (Printed Name): JAN 1 7 2007
C. Date of Delivery

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1160 0005 4795 7166

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**1949.3291**
**CAMARA, Maya C.**

1. Article Addressed to:

   Mr. Emilio T. Gonzalez, Director of USCIS
   c/o Mr. Philip J. Perry
   Office of the General Counsel
   U.S. Department of Homeland Security
   Washington, DC 20528

A. Signature: X — ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1160 0005 4795 7203

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**UNITED STATES POSTAL SERVICE**

Home | Help

**Track & Confirm**

## Track & Confirm

### Search Results

Label/Receipt Number: **7005 1160 0005 4795 7203**
Status: **Delivered**

Your item was delivered at 10:36 AM on January 16, 2007 in WASHINGTON, DC 20529.

**Track & Confirm**

Enter Label/Receipt Number.

