SCOTT N. SCHOOLS. SC 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAYA C. CAMARA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary of Department of Homeland Security; ALBERTO R. GONZALES, United States Attorney General; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; DAVID N. STILL, District Director of United States Citizenship and Immigration Services, San Francisco District,<br><br>　　　　　　Respondents | Case No. 06-7552 SBA<br><br>**ADR CERTIFICATION** |

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

1
2
3  Dated:  February 22, 2007                    /s/
                                                MICHAEL J. GURFINKEL
4                                               Law Offices of Michael J. Gurfinkel
                                                Attorneys for Petitioner
5
6
7
8
9  Dated:  February 22, 2007                    /s/
                                                EDWARD A. OLSEN
                                                Assistant United States Attorney
10                                              Attorney for Respondents
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ADR CERTIFICATION
C06-7552 SBA                             2