1 | SCOTT N. SCHOOLS. SC 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927
7 |
Attorneys for Respondents
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | OAKLAND DIVISION

12 | MAYA C. CAMARA,             )
                               ) Case No. 06-7552 SBA
13 |       Petitioner,           )
                               )
14 |   v.                        )
                               )
15 | MICHAEL CHERTOFF, Secretary of Department ) **NOTICE OF NEED FOR**
of Homeland Security; ALBERTO R. GONZALES, ) **ADR PHONE CONFERENCE**
16 | United States Attorney General; EMILIO T.  )
GONZALEZ, Director of United States Citizenship )
17 | and Immigration Services; DAVID N. STILL,   )
District Director of United States Citizenship and )
18 | Immigration Services, San Francisco District, )
                                                )
19 |       Respondents                            )
                                                )
20 |
The parties have not reached an agreement to an ADR process.
21 |
Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program
22 |
Counsel before the case management conference.
23 |
Joint Case Management Statement due:     March 8, 2007
24 |
Case Management Conference:              March 15, 2007, at 2:30 p.m.
25 |
26 |
27 |
28 |
NOTICE OF NEED FOR ADR PHONE
CONFERENCE
C-07-7552-SBA                          1

1

2   The following counsel will participate in the ADR phone conference:

3

4 | *Name* | *Party Representing* | *Phone No.* | *Fax No.* |
| --- | --- | --- | --- |
5 | Edward A. Olsen | Respondents | (415) 436-6915 | (415) 436-6927 |
6 | Michael J. Gurfinkel | Petitioner | (818) 543-5800 | (818) 543-5801 |

7

8  *The ADR Unit will notify you by return fax indicating, in the space below, the date and time of your phone conference.  Plaintiff's counsel shall initiate the call using the following number: (415) 522-4603.  Please consult ADR L.R. 3-5(d).*
9  _____
10

11  **For court use only:**

12  **ADR Phone Conference Date: _____         Time: _____**
                                                              **AM/PM**
13  **For scheduling concerns, call 415-522-2199.**

14  **Date: _____      _____**
15                              **ADR Case Administrator**

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF NEED FOR ADR PHONE
CONFERENCE
C-07-7552-SBA                           2