1  SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2  JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3  Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6      Telephone: (415) 436-6915
FAX: (415) 436-6927
7
Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND DIVISION

12  MAYA CAMARA,                          )
                                          )   Case No. 06-7552 SBA
13             Petitioner,                )
                                          )   **JOINT CASE MANAGEMENT**
14        v.                              )   **AND [PROPOSED] ORDER**
                                          )
15  MICHAEL CHERTOFF, et al.,             )
                                          )   Date:      March 15, 2007
16             Respondents.               )   Time:      2:30 p.m.
                                          )
17  _____

18      **1.  Jurisdiction and Service**

19      The basis for this Court's jurisdiction is 8 U.S.C. § 1421(c), which provides that a person

20  whose application for naturalization is denied after a hearing before an immigration officer may

21  seek review of the denial in the United States District Court for the district in which the person

22  resides.  No issues exist regarding personal jurisdiction or venue, and no parties remain to be

23  served.

24      **2.  Facts**

25      The petitioner is a lawful permanent resident of the United States who filed an application for

26  naturalization with the United States Citizenship and Immigration Services (USCIS) on November

27  13, 2003.  The USCIS denied the petitioner's naturalization application on October 20, 2005, on

28  the ground that the petitioner had immigrated as an unmarried daughter of a United States citizen,

JOINT CASE MANAGEMENT STATEMENT
C06-7552-SBA                        1

1  when in fact she was married, and that she had misrepresented both her marital status and that she

2  had a child from the marriage.  The petitioner maintained that the marriage was performed without

3  a marriage license and was therefore void ab initio.  Following a hearing on December 19, 2005,

4  the USCIS re-affirmed its decision on August 23, 2006.  The petitioner then filed this action on

5  December 8, 2006.

6       **3. Legal Issues**

7      Whether a marriage that is declared void ab initio in the Philippines is nevertheless valid for

8  immigration purposes.

9      Whether substantial evidence in the record supports the USCIS's determination that the

10  petitioner provided false testimony concerning her marital status and, therefore, failed to

11  demonstrate good moral character.

12      **4. Motions**

13      The parties will file cross-motions for summary judgment on the legal issue of whether a

14  marriage that is declared void ab initio in the Philippines cannot be valid for immigration

15  purposes.

16      **5. Amendment of Pleadings**

17      No parties, claims or defenses are expected to be added or dismissed.

18      **6. Evidence Preservation**

19      The respondents are preparing a certified administrative record of the naturalization

20  proceedings.

21      **7. Disclosures**

22      The parties believe that this Court's review will be confined to the administrative record, the

23  exhibits attached to the petition, and reference material from the Library of Congress, and,

24  accordingly, that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply.

25      **8. Discovery**

26      The parties do not intend to take any discovery in this case.

27      **9. Class Actions**

28      N/A

**10. Related Cases**

The parties are not aware of any related case or cases.

**11. Relief**

The petitioner asks this Court to grant her application for naturalization.

**12. Settlement and ADR**

The parties have filed a Notice of Need for an ADR Phone Conference and the phone conference is scheduled for March 13, 2007, at 9:30 a.m.

**13. Consent to Magistrate Judge for All Purposes**

The parties will consent to the assignment of this case to a magistrate judge.

**14. Other References**:

The parties do not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. Narrowing of Issues**

The parties do not believe that the issues can be narrowed by agreement or by motion, and do not have suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims or defenses.

**16. Expedited Schedule**

The parties believe this case can be resolved on cross-motions for summary judgment.

**17. Scheduling**

The parties propose the following schedule on the parties' cross-motions for summary judgment:

| | |
|---|---|
| Petitioner's Motion for Summary Judgment: | May 4, 2007 |
| Respondents' Opposition and Cross-Motion: | May 18, 2007 |
| Petitioner's Reply and Opposition to Cross-Motion: | June 1, 2007 |
| Respondent's Reply: | June 8, 2007 |
| Hearing: | June 26, 2007, at 1:00 p.m. |

**18. Trial**

The parties do not anticipate the need for a trial.

1

**19.  Disclosure of Non-Party Interested Entities or Persons**:

The parties intend to file the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.

**20.  Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter**

None.

Dated:   March 8,                                          /s/
                                              MICHAEL J. GURFINKEL
                                              Law Offices of Michael J. Gurfinkel
                                              Attorneys for Petitioner

Dated:   March 8, 2007                               /s/
                                              EDWARD A. OLSEN
                                              Assistant United States Attorney
                                              Attorney for Respondents

JOINT CASE MANAGEMENT STATEMENT
C06-7552-SBA                                    4