```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


MAYA C, CAMARA,              )      No. 06-07552 SBA
                             )
        Plaintiff,           )      ORDER REASSIGNING ACTION
                             )      TO A MAGISTRATE JUDGE FOR
    vs.                      )      ALL PURPOSES
                             )
MICHAEL CHERTOFF,            )
                             )
        Defendant.           )
                             )
_____)
```

The parties have indicated in their Joint Case Management Statement, filed March 8, 2007, that they consent to have this case assigned to a Magistrate Judge of this Court. Accordingly,

IT IS HEREBY ORDERED THAT in accordance with the provisions of 28 U.S.C. 636(c) and Federal Rule of Civil Procedure 73(b), this action is REFERRED to the Chief Magistrate Judge for assignment to a United States Magistrate Judge of this Court for any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

IT IS SO ORDERED.

DATED: 3/12/07

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

-2-