1  LAW OFFICES OF MICHAEL J. GURFINKEL
   Michael J. Gurfinkel, Esq. (SBN 93944)
2  Camille O. Bowman, Esq. (SBN 211458)
   219 North Brand Boulevard
3  Glendale, CA 91203
   Tel.: (818) 543-5800
4  Fax: (818) 543-5801
   Email: lawoffice@gurfinkel.com
5
   Attorneys for Petitioner
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | MAYA C. CAMARA,                  )  Case No.: C06-7552 EMC
12 |                                  )  Alien No.: A044-289-385
                                      )
13 |            Petitioner,            )
                                      )  **STIPULATION RE REQUEST TO
14 |                                  )  RESCHEDULE CASE
                                      )  MANAGEMENT CONFERENCE**
15 | v.                               )
16 |                                  )
                                      )
17 | MICHAEL CHERTOFF, Secretary of   )
18 | Department of Homeland Security; )
   | ALBERTO R. GONZALES, United     )
19 | States Attorney General; EMILIO T.)
20 | GONZALEZ, Director of United States )
   | Citizenship and Immigration Services; )
21 | and DAVID N. STILL, District Director )
22 | of United States Citizenship and )
   | Immigration Services San Francisco )
23 | District,                        )
24 |                                  )
25 |            Respondents.           )
26 | _____  )

27

28

REQUEST TO RESCHEUDLE CASE MANAGEMENT CONFERENCE

C06-7552 EMC

- 1 -

Pursuant to paragraph 4 of the Case Management Conference Order, dated June 20, 2007, the parties hereto, through their attorneys of record, hereby stipulate to reschedule the Case Management Conference from July 25, 2007 to August 8, 2007. Good cause exists to reschedule the conference because lead counsel for the Petitioner, Michael J. Gurfinkel is scheduled to leave the United States for business purposes on June 28, 2007, and will not be returning until on or about July 29, 2007.

Dated: June 22, 2007

MICHAEL J. GURFINKEL
Law Offices of Michael J. Gurfinkel
Attorney for Petitioner

Dated: June 22, 2007

EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Respondents

REQUEST TO RESCHEUDLE CASE MANAGEMENT CONFERENCE
C06-7552 EMC