LAW OFFICES OF MICHAEL J. GURFINKEL
Michael J. Gurfinkel, Esq. (SBN 93944)
Camille O. Bowman, Esq. (SBN 211458)
219 North Brand Boulevard
Glendale, CA 91203
Tel.: (818) 543-5800
Fax: (818) 543-5801
Email: michael@gurfinkel.com

Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA C. CAMARA,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Department of Homeland Security; ALBERTO R. GONZALES, United States Attorney General; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; and DAVID N. STILL, District Director of United States Citizenship and Immigration Services San Francisco District,<br><br>Respondents. | Case No.: C 06 7552 EMC<br><br>**CERTIFICATE OF SERVICE**<br><br>**RE: CASE MANAGEMENT CONFERENCE ORDER AND STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT** |

<u>CERTIFICATE OF SERVICE</u>

<u>MAYA C. CAMARA v. MICHAEL CHERTOFF, et al.</u>

I, Michael J. Gurfinkel, hereby certify that I am a resident of the County of Los Angeles, over 18 years of age, not a party to the within action and that my business address is:

**Law Offices of Michael J. Gurfinkel**
**219 North Brand Boulevard**
**Glendale, CA 91203**
**Phone: (818) 543-5800**
**Facsimile: (818) 543-5801**

On June 21, 2007, I served a copy of the Court's *Case Management Conference Order*, dated June 20, 2007, and a copy of the Court's *Standing Order for All Judges of the Northern District of California re: Contents of Joint Case Management Statement* on the following person(s), and by the method(s) indicated:

**Mr. Edward A. Olsen, Esq.**
**Assistant United States Attorney**
**450 Golden Gate Avenue, Box 36055**
**San Francisco, CA 94102**
(*via United States Postal Service certified mail with return receipt*)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Glendale, California.

DATED: June 21, 2007                    By:_____
                                              Michael J. Gurfinkel, Esq.

