**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA C. CAMARA, | No. C06-7552 EMC |
| Petitioner, | |
| v. | CLERK'S NOTICE |
| MICHAEL CHERTOFF, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference set for August 15, 2007 at 1:30 p.m. is reset to **August 22, 2007 at 1:30 p.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  A Joint Case Management Conference Statement shall be filed by August 15, 2007.

Dated:  July 9, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by:  _____
Betty Fong
Courtroom Deputy