1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Respondents
8

9            UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11                SAN JOSE DIVISION

12 MAYA C. CAMARA,                              )
                                                ) Case No. 06-7552 EMC
13          Petitioner,               )
                                                )
14       v.                                   )
                                                ) **SUBSTITUTION OF COUNSEL**
15 MICHAEL CHERTOFF, Secretary of Department    )
   of Homeland Security; et al.,                )
16                                              )
            Respondents              )
17 _____)

18     PLEASE TAKE NOTICE that the representation of Defendants has been reassigned from

19 Edward A. Olsen to Melanie L. Proctor.

20 Melanie L. Proctor
   Office of the United States Attorney
21 450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
22 Telephone: (415) 436-6730
   FAX: (415) 436-6927
23
   Dated: July 11, 2007                    Respectfully submitted,
24
                                           SCOTT N. SCHOOLS
25                                         United States Attorney

26

27                                         _____/s/_____
                                           MELANIE L. PROCTOR
28                                         Assistant United States Attorney

Substitution of Counsel
C06-7552 EMC