1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Melanie.Proctor@usdoj.gov
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6915
7     FAX: (415) 436-6927

8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12  MAYA CAMARA,                          )
                                          )   Case No. 06-7552-EMC
13            Petitioner,                 )
                                          )   **UPDATED JOINT CASE**
14       v.                               )   **MANAGEMENT STATEMENT**
                                          )   **AND [PROPOSED] ORDER**
15  MICHAEL CHERTOFF, et al.,             )
                                          )   Date:        August 22, 2007
16            Respondents.                )   Time:        1:30 p.m.
    _____)   Courtroom:   C, 15th Floor
17

18     **1.  Jurisdiction and Service**

19        The basis for this Court's jurisdiction is 8 U.S.C. § 1421(c), which provides that a person whose

20  application for naturalization is denied after a hearing before an immigration officer may seek review

21  of the denial in the United States District Court for the district in which the person resides.  No issues

22  exist regarding personal jurisdiction or venue, and no parties remain to be served.

23     **2.  Facts**

24        The petitioner is a lawful permanent resident of the United States who filed an application for

25  naturalization with the United States Citizenship and Immigration Services (USCIS) on

26  November 13, 2003.    The USCIS denied the petitioner's naturalization application on

27  October 20, 2005, on the ground that the petitioner had immigrated as an unmarried daughter of a

28  United States citizen, when in fact she was married, and that she had misrepresented both her marital

JOINT CASE MANAGEMENT STATEMENT
C06-7552 EMC

status and that she had a child from the marriage.  The petitioner maintained that the marriage was performed without a marriage license and was therefore void ab initio.  Following a hearing on December 19, 2005, the USCIS re-affirmed its decision on August 23, 2006.  The petitioner then filed this action on December 8, 2006.

### 3.  Legal Issues

Whether a marriage that is declared void ab initio in the Philippines is nevertheless valid for immigration purposes.

Whether substantial evidence in the record supports the USCIS's determination that the petitioner provided false testimony concerning her marital status and, therefore, failed to demonstrate good moral character.

### 4.  Motions

The parties will file cross-motions for summary judgment on the legal issue of whether a marriage that is declared void ab initio in the Philippines cannot be valid for immigration purposes.

### 5.  Amendment of Pleadings

No parties, claims or defenses are expected to be added or dismissed.

### 6.  Evidence Preservation

The respondents are preparing a certified administrative record of the naturalization proceedings.

### 7.  Disclosures

The parties believe that this Court's review will be confined to the administrative record, the exhibits attached to the petition, and reference material from the Library of Congress, and, accordingly, that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply.

### 8.  Discovery

The parties do not intend to take any discovery in this case.

### 9.  Class Actions

Not applicable.

### 10.  Related Cases

The parties are not aware of any related case or cases.

///

**11. Relief**

The petitioner asks this Court to grant her application for naturalization.

**12. Settlement and ADR**

The parties have filed a Joint Request to Be Exempt From Formal ADR.

**13. Consent to Magistrate Judge for All Purposes**

The parties consented to the assignment of this case to a magistrate judge.

**14. Other References**:

The parties do not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. Narrowing of Issues**

The parties do not believe that the issues can be narrowed by agreement or by motion, and do not have suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims or defenses.

**16. Expedited Schedule**

The parties believe this case can be resolved on cross-motions for summary judgment.

**17. Scheduling**

The parties propose the following schedule on the parties' cross-motions for summary judgment:

Petitioner's Motion for Summary Judgment:           October 22, 2007

Respondents' Opposition and Cross-Motion:           November 5, 2007

Petitioner's Reply and Opposition to Cross-Motion:  November 19, 2007

Respondent's Reply:                                 December 3, 2007

Hearing:                                            December 12, 2007, at 10:30 a.m.

**18. Trial**

The parties do not anticipate the need for a trial.

**19. Disclosure of Non-Party Interested Entities or Persons**:

None.

///

///

JOINT CASE MANAGEMENT STATEMENT
C06-7552 EMC                    3

1    **20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this**

2    **matter**

3        None.

4

5    Dated:   August 1, 2007                                    _____/S/_____

6                                                              MELANIE L. PROCTOR[1]
                                                              Assistant United States Attorney
7                                                              Attorney for Respondents

8
     Dated:   August 1, 2007                                    _____/S/_____
9                                                              MICHAEL J. GURFINKEL
                                                              Law Offices of Michael J. Gurfinkel
10                                                             Attorneys for Petitioner

11

12                                    **CASE MANAGEMENT ORDER**

13        The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the

14   Case Management Order for the case, and the parties are ordered to comply with this Order.

15

16   Dated:                                               _____

17                                                        EDWARD M. CHEN
                                                          United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28
         [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
     signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT CASE MANAGEMENT STATEMENT
C06-7552 EMC                              4