```
SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAYA CAMARA, | Case No. 06-7552-EMC |
| Petitioner, | |
| v. | JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS |
| MICHAEL CHERTOFF, et al., | |
| Respondents. | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to Plaintiff's request that the Court adjudicate her application for naturalization, and involves resolution of legal issues concerning the validity of Plaintiff's marriage under Philippine law. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR

JOINT REQUEST FOR ADR EXEMPTION
C06-7552 EMC

Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: August 1, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/S/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated:   August 1, 2007                    _____/S/_____
MICHAEL J. GURFINKEL
Law Offices of Michael J. Gurfinkel
Attorneys for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____
EDWARD M. CHEN
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT REQUEST FOR ADR EXEMPTION
C06-7552 EMC                    2