**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** August 22, 2007

**Case No:** C06-7552 EMC                **FTR Time:**    1:41-1:44p

**Case Name:** Maya Camara v. Michael Chertoff, et al.

   **Attorneys:**   Michael Gurkinkel for Plaintiff
                    Mekinie Proctor for Defendants

   **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

CMC - Held


**ORDERED AFTER HEARING:**

Court did not set trial date.  Hearing on motion(s) for summary judgment set for 12/12/07 at 3:00 p.m. Court to issue other deadlines in the case management conference order.


**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court


**Case continued to:**

**cc: EMC**