United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA C. CAMARA, | No. C06-7552 EMC |
|        Petitioner, | |
| v. | **CASE MANAGEMENT ORDER** |
| MICHAEL CHERTOFF, et al., | |
|        Defendants. | |

Following the Case Management Conference held on **8/22/2007,** IT IS HEREBY ORDERED THAT:

    1.  Deadlines re Motion(s) for Summary Judgement are set as follows:

| | |
|---|---|
| 10/22/07 - | Petitioner to file Motion for Summary Judgment |
| 11/5/07 - | Respondent's Opposition to Petitioner's Motion for Summary Judgment and to file Cross-Motion for Summary Judgment |
| 11/19/07 - | Petitioner's Reply in Support of Petitioner's Motion for Summary Judgment and Opposition to Respondent's Cross-Motion for Summary Judgment |

///
///
///
///
///

12/3/07 - Respondent's Reply in Support of Respondent's Cross-Motion for Summary Judgment

12/12/07 at 3:00 p.m. - Hearing on Motion for Summary Judgment(s)

IT IS SO ORDERED.

Dated: August 24, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge