**TABLE OF CONTENTS**

I.      INTRODUCTION……………………………………………………...….2

II.     STATEMENT OF ISSUES……………………………………………...3

III.    STATEMENT OF FACTS…………………………………………………3

IV.     JURISDICTION STATEMENT……………………………………………7

V.      UNDER PHILIPPINE LAW, MS. CAMARA'S MARRIAGE WAS
        VOID *AB INITIO* SUCH THAT SHE LAWFULLY ENTERED THE
        UNITED STATES AS AN "UNMARRIED" DAUGHTER…………………..8

VI.     IT IS NOT NECESSARY TO "RELATE BACK" THE VOID
        *AB INITIO* DECISION OF THE PHILIPPINE COURT TO
        INVALIDATE MS. CAMARA'S 1991 MARRIAGE…………………………..10

VII.    IT WAS IMPROPER TO FIND THAT MS. CAMARA LACKED
        GOOD MORAL CHARACTER……………………………………….....18

VIII.   CONCLUSION………………………………………………………19

i