# TABLE OF AUTHORITIES

## CASES

Estate of Gregorson,
160 Cal.21, 26 (1911)…………………………………………………..…13, 15

Estate of Levie,
50 Cal.App.3d 572, 576 (1975)…………………………………………...14

Hendrix v. INS,
583 F.2d 1102 (9th Cir. 1978)……………………………………………14, 15

Mayo v. Schiltgen,
921 F.2d 177, 180 (8th Cir. 1990)………………………………………...10

## ADMINISTRATIVE DECISIONS

Matter of Adamo,
13 I.&N. Dec. 26 (BIA 1968)……………………………………………..8

Matter of Agustin,
17 I.&N. Dec. 14 (BIA 1979)……………………………………………10, 11, 12

Matter of Astorga,
17 I.&N. Dec. 1 (BIA 1979)………………………………………………17

Matter of Castillo-Sedano,
15 I.&N. Dec. 445 (BIA 1975)……………………………………………16

Matter of Dela Cruz,
14 I.&N. Dec. 686 (BIA 1974)……………………………………………10

Matter of Gamero,
14 I.&N. Dec. 674 (BIA 1974)……………………………………………8

Matter of Levine,
13 I.&N. Dec. 244 (BIA 1969)……………………………………………8

Matter of Magana,
17 I.&N. Dec. 111 (BIA 1979)……………………………………………16, 17

Matter of S- and B-C-,
9 I.&N. Dec. 436, 449-449 (A.G. 1961)…………………………………..18

**STATUTES**

8 U.S.C. § 1421(c), INA § 310(c)…………………………………………………………7

8 U.S.C. § 1427(a), INA § 316(a)…………………………………………………………4

**MISCELLANEOUS**

Article 34 of the Philippine Family Code……………………………………………………9

Article 35 of the Philippine Family Code……………………………………………………8, 17

Article 35(3) of the Philippine Family Code…………………………………………………4, 5, 9, 12, 19

Fed. R. Civ.P. 56(a)………………………………………………………………………..2, 19