1 LAW OFFICES OF MICHAEL J. GURFINKEL
Michael J. Gurfinkel, Esq. (SBN 93944)
2 Camille O. Bowman, Esq. (SBN 211458)
219 North Brand Boulevard
3 Glendale, CA 91203
Tel.: (818) 543-5800
4 Fax: (818) 543-5801
Email: michael@gurfinkel.com
5
Attorneys for Petitioner
6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 MAYA C. CAMARA,                    ) Case No.:  C  06-7552 EMC
                                      )
12          Petitioner,               )  Alien No.: A044-289-385
                                      )
13      v.                            )
                                      )
14 MICHAEL CHERTOFF, Secretary of     ) **PETITIONER'S NOTICE OF**
   Department of Homeland Security;   ) **MOTION AND MOTION FOR**
15                                    ) **SUMMARY JUDGMENT**
   ALBERTO R. GONZALES, United        )
16 States Attorney General; EMILIO T. ) Hearing Date:  December 12, 2007
   GONZALEZ, Director of United States )
17 Citizenship and Immigration Services; ) Time:          3:00 p.m.
   and DAVID N. STILL, District       )
18 Director of United States Citizenship ) Courtroom:     C, 15th Floor
   and Immigration Services San       )
19 Francisco District,                )
                                      )
20                                    )
            Respondents.              )
21                                    )
   _____ )
22

23

24

25

26

27

28

NOTICE IS HEREBY GIVEN that on December 12, 2007 at 3:00 p.m., or as soon thereafter as the matter may be heard by the above-entitled Court, located at Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102, Petitioner Maya Camara will and hereby does, move for summary judgment in this action pursuant to Federal Rule of Civil Procedure 56.

Petitioner Maya Camara seeks judgment as follows:

1.  The validity or invalidity of a marriage is determined by the law of the place of celebration. Under Philippine law, Petitioner's 1991 marriage was void *ab initio* because it was performed without a marriage license.

2.  Respondents erred in refusing to recognize a valid Philippine Court decree, which declared Petitioner's marriage void *ab initio.*

3.  Because Petitioner's 1991 marriage was not valid at the time she immigrated to the United States, her admission as an "unmarried" daughter of a U.S. Citizen was lawful.

*4.*  Respondents erred in finding that Petitioner was ineligible for naturalization on the grounds that she was "married" at the time she immigrated to the United States, since her purported marriage was void *ab initio.*

PETITIONER'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT
CASE NO. C 06-7552 EMC

5.   Petitioner meets all the requirements for naturalization, particularly the required five years of legal permanent residence in the United States and a demonstration of good moral character.

6.   Petitioner requests that the Court order the Attorney General to grant Petitioner's application for naturalization, or in the alternative to conduct a hearing de novo on the naturalization application.

This motion is based on the pleadings and papers on file in this action, this Notice of Motion, the Memorandum of Points and Authorities, Declaration of Michael J. Gurfinkel, Esq., exhibits, and associated documents, filed and served herewith.

Respectfully submitted,

DATED:  October 9, 2007                    Law Offices of Michael J. Gurfinkel

_____/S/_____
Michael J. Gurfinkel, Esq.
219 North Brand Boulevard
Glendale, CA 91203-2609
(Michael@gurfinkel.com)

PETITIONER'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT
CASE NO. C 06-7552 EMC