1  LAW OFFICES OF MICHAEL J. GURFINKEL
   Michael J. Gurfinkel, Esq. (SBN 93944)
2  Camille 0. Bowman, Esq. (SBN 211458)
   219 North Brand Blvd.
3  Glendale, CA 91203-2609
   Tel.: (818) 543-5800
4  Fax: (818) 543-5801
   Email: michael@gurfinkel.com

Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA C. CAMARA, | Case No.: 06-7552 EMC |
| Petitioner, | Alien No. 044-289-385 |
| v. | **[PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR SUMMARY JUDGMENT AND DENYING RESPONDENTS' CROSS MOTION FOR SUMMARY JUDGMENT** |
| MICHAEL CHERTOFF, Secretary of Department of Homeland Security; ALBERTO R. GONZALES, United States Attorney General; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; and DAVID N. STILL, District Director of United States Citizenship and Immigration Services San Francisco District, | Hearing Date:  December 12, 2007 |
| | Time:  3:00 p.m. |
| | Courtroom:  C, 15th Floor |
| Respondents. | |

[PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR SUMMARY JUDGMENT AND DENYING RESPONDENTS' CROSS MOTION FOR SUMMARY JUDGMENT

Case No. C 06-7552 EMC          -1-

On December 12, 2007, the Court conducted a hearing regarding Petitioner's Motion for Summary Judgment and Respondents' Cross-Motion for Summary Judgment. Having reviewed the submitted papers, and all attachments thereto, heard the evidence and arguments in support of and in opposition to the respective Motions presented at the hearing, and after full consideration, it is hereby:

ORDERED that Petitioner's Motion for Summary Judgment be, and is hereby GRANTED; and further,

ORDERED that Respondents' Cross-Motion for Summary Judgment be, and is hereby DENIED.

IT IS SO ORDERED.

Dated: _____

                                                    EDWARD M. CHEN
                                                    United States Magistrate Judge

[PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR SUMMARY JUDGMENT AND DENYING RESPONDENTS' CROSS MOTION FOR SUMMARY JUDGMENT

Case No. C 06-7552 EMC                       -2-