LAW OFFICES OF MICHAEL J. GURFINKEL
Michael J. Gurfinkel, Esq. SBN 93944)
Camille 0. Bowman, Esq. BN 211458)
219 North Brand Boulevar
Glendale, CA 91203
Tel.: 18) 543-5800
Fax: 818) 543-5801
Emai : michael@gurfinkel.com

Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MAYA C. CAMARA,                    Case No.: C 06 7552 EMC

      Petitioner,

                                CERTIFICATE OF SERVICE

      v.

MICHAEL CHERTOFF, Secretary of
Department of Homeland Security;
ALBERTO R. GONZALES, United
States Attorney General; EMILIO T.
GONZALEZ, Director of United States
Citizenship and Immigration Services;
and DAVID N. STILL, District
Director of United States Citizenship
and Immigration Services San
Francisco District,

      Respondents.

## CERTIFICATE OF SERVICE

MAYA C. CAMARA v. MICHAEL CHERTOFF, et al.

I, Camille 0. Bowman, hereby certify that I am a resident of or employed in the County of Los Angeles, over 18 years of age, not a party to the within action and that I am employed at and my business address is:

**Law Offices of Michael J. Gurfinkel**
**219 North Brand Boulevard**
**Glendale, CA 91203**
**Phone: (818) 543-5800**
**Facsimile: (818) 543-5801**

On December 9, 2007, I served a copy of the following documents:

1) Petitioner's Notice of Motion and Motion for Summary Judgment;
2) Petitioner's Memorandum of Points and Authorities in Support of Motion for Summary Judgment; and Declaration of Michael J. Gurfinkel with Attached Exhibits; and
3) [Proposed] Order Granting Petitioner's Motion for Summary Judgment and Denying Respondents' Cross Motion for Summary Judgment.

on the following person(s), and by the method(s) indicated:

**Melanie L. Proctor**
**Office of the United States Attorney**
**450 Golden Gate Avenue, Box 36055**
**San Francisco, California 94102**
*(via United States Postal Service certified mail with return receipt)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Glendale, California.

DATED: December 9, 2006

By:_____
    Camille 0. Bowman, Esq.