**United States District Court**<br>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA C. CAMARA, | No. C06-7552 EMC |
|         Petitioner, | |
|    v. | CLERK'S NOTICE |
| MICHAEL CHERTOFF, et al., | |
|         Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the hearing on MOTION(S) FOR SUMMARY JUDGMENT is reset from December 12, 2007 at 3:00 p.m. to **December 19, 2007 at 10:30 a.m** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  Briefing schedule remains the same as previously set as follows:

| | |
|---|---|
| 11/5/07 - | Respondent's Opposition to Petitioner's Motion for Summary Judgment and to file Cross-Motion for Summary Judgment |
| 11/19/07 - | Petitioner's Reply in Support of Petitioner's Motion for Summary Judgment and Opposition to Respondent's Cross-Motion for Summary Judgment |
| 12/3/07 - | Respondent's Reply in Support of Respondent's Cross-Motion for Summary Judgment |

Dated: October 30, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Betty Fong
    Courtroom Deputy