## CERTIFICATE OF AUTHENTICITY

Alien Name:          Maya C. CAMARA

Alien Number:        A44 289 385

The undersigned hereby declares as follows:

I am a citizen of the United States over the age of 18 years and not a party to the captioned action. I am an officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services. My business address is 630 Sansome Street, San Francisco, California 94111.

The following are true and correct copies of the documents in the above-captioned alien's file as maintained by U.S. Citizenship and Immigration Services.

DATED: July 26, 2007 at San Francisco, California.

                                              U.S. Department of Homeland Security,
                                              By:

                                              _____
                                              KELLI J. DUEHNING
                                              Deputy Western Regional Counsel
                                              Office of the Chief Counsel
                                              San Francisco California

# Exhibit 1



FORM APPROVED
O.M.B. No. 1405-0015

OPTIONAL FORM 230 (English) (Rev. 6-82)
DEPT. OF STATE
50230-105

# APPLICATION FOR IMMIGRANT VISA AND ALIEN REGISTRATION

**INSTRUCTIONS:** This form must be filled out by typewriter, or if by hand in legible block letters. All questions must be answered, if applicable. Questions which are not applicable should be so marked. *If there is insufficient room on the form, answer on separate sheets, in duplicate, using the same numbers as appear on the form.* Attach the sheets to the forms. DO NOT SIGN this form until instructed to do so by the consular officer. The fee for filing this application for an immigrant visa is $125.00. The fee should be paid in United States dollars or local currency equivalent or by bank draft, when you appear before the consular officer.

*WARNING:* Any false statement or concealment of a material fact may result in your permanent exclusion from the United States. Even though you should be admitted to the United States, a fraudulent entry could be grounds for your prosecution and/or deportation.

| 1. Family name  CAMARA | First name  MAYA | Middle name  CANETE |
|---|---|---|

2. Other names used or by which known *(If married woman, give maiden name)*  MAY

3. Full name in native alphabet *(If Roman letters not used)*  N/A

| 4. Date of birth (Day) (Month) (Year)  13 MARCH 1973 | 5. Age  20 | 6. Place of birth (City or town) (Province) (Country)  CALOOCAN   METRO MANILA   PHIL. |
|---|---|---|
| 7. Nationality  FILIPINO | 8. Sex  ☐ Male  ☑ Female | 9. Marital status  ☑ Single (never married)  ☐ Married  ☐ Widowed  ☐ Divorced  ☐ Separated  Including my present marriage, I have been married — times. |
| 10. Occupation  None | | 11. Present address  44 GEN. CONCEPCION ST.  BAGONG BARRIO, CALOOCAN CITY  PHILIPPINES |

12. Name, address, date and place of birth of wife/husband *(Give maiden name of wife)*  N/A

Date and place of marriage  N/A

13. Names, addresses, dates and places of birth of all children

N/A

| 14. Person(s) named in 12 and 13 who will accompany or follow me to the United States  N/A | 15. Final address in the United States  269 SAN CARLOS ST.  SAN FRANCISCO CA 94110  USA |
|---|---|
| 16. Person you intend to join *(Give name, address, and relationship, if any)*  DOMINADOR A CAMARA  269 SAN CARLOS ST SF CA 94110  FATHER | 17. Name and address of sponsoring person or organization *(If different from 16)*  N/A |
| 18. Personal description  (a) Color of hair  BLACK  (c) Height  5 feet 3 inches | 19. Marks of identification  MOLE ON THE UPPER RIGHT EYEBROW |
| (b) Color of eyes  BROWN  (d) Complexion  BROWN | 20. Purpose in going to the United States  IMMIGRANT |
| 21. Length of intended stay *(If permanently, so state)*  PERMANENTLY | 22. Intended port of entry  SAN FRANCISCO | 23. Do you have a ticket to final destination?  NONE YET |

**THIS FORM MAY BE OBTAINED GRATIS AT CONSULAR OFFICES OF THE UNITED STATES OF AMERICA**

NSN 7540-00-149-0919                                                    Previous edition not usable

DHS0135

**24. Personal financial resources**
  (a) Cash ............ —
  (b) Bank deposits ............
  (c) Real estate (value) ............ —
  (d) Other (describe) ............ —

**25. Father's name, address, date and place of birth** *(If deceased, so state giving year of death)*
DOMINADOR A CAMARA / 269 SAN CARLOS ST. / UF CALIFORNIA
DOB: JAN. 1, 1925
POB: ORIENTAL MINDORO

**26. Mother's maiden name, address, date and place of birth** *(If deceased, so state giving year of death)*
MARINA H CAÑETE / 44 GEN. CONCEPCION ST. / BGY. 80. CALOOCAN PHIL.
DOB: AUG. 8, 1942
POB: CALBAYOG, SAMAR

**27. Name, address, and relationship of next of kin in home country** *(If neither parent is living)*
N/A

**28. List all places of residence for 6 months or more since your 16th birthday**

| City or town | Province | Country | Dates (From-To) | Calling or occupation |
|---|---|---|---|---|
| SAME ADDRESS | | | | |

**29.** List any political, professional, or social organizations affiliated with communist, totalitarian, terrorist or Nazi organizations which you are now or have been a member of or affiliated with since your 16th birthday.

| Name and address | Dates (From-To) | Type of membership and office held, if any |
|---|---|---|
| N/A | N/A | N/A |

**30. List all languages, including your own, that you can speak, read, and write**

| Language | Speak | Read | Write |
|---|---|---|---|
| FILIPINO / ENGLISH | SAME | SAME | SAME |

**31. Inclusive dates of previous residence in or visits to the United States** *(Give type of visa or status)* *(If never, so state)*
N/A

**32.** Have you ever been treated in a hospital, institution, or elsewhere for a mental disorder, drug addiction, or alcoholism? *(If answer is Yes, explain)*  NO     Yes ☐  No ☑

**33.** Have you ever been arrested, convicted, or confined in a prison, or have you ever been placed in a poorhouse or other charitable institution? *(If answer is Yes, explain)*     Yes ☐  No ☑

**34.** Have you ever been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency, or similar action? *(If answer is Yes, explain)*     Yes ☐  No ☑

**35.** Have you ever applied for a visa to enter the United States? *(If answer is Yes, state where and when, whether you applied for a nonimmigrant or an immigrant visa, and whether the visa was issued or refused)*     Yes ☐  No ☑

**36.** Have you been refused admission to the United States during the last 12 months? *(If answer is Yes, explain)*     Yes ☐  No ☑

**37.** Have you ever registered with a draft board under United States Selective Service Laws? *(If answer is Yes, explain)*     Yes ☐  No ☑

**38.** Have you ever applied for relief from training and service in the United States Armed Forces or departed from or remained outside the United States to avoid or evade military service? *(If answer is Yes, explain)*     Yes ☐  No ☑

**39.** Do you intend to enter the United States from Canada, Mexico, or an island adjacent to the United States within 2 years after arrival in Canada, Mexico, or such adjacent island? *(If answer is Yes, give the name of the transportation company by which you entered or intend to enter Canada, Mexico, or such island)*     Yes ☐  No ☑

DHS0136

OPTIONAL FORM 230 (English) (Rev. 6-82)

Page 3

**40.** United States laws governing the issuance of visas require each applicant to state whether or not he or she is a member of any class of individuals excluded from admission into the United States. The excludable classes are described below. You should read carefully the following paragraphs; your understanding of their content and the answers you give the questions that follow will assist the consular officer to reach a decision on your eligibility to receive a visa.

EXCEPT AS OTHERWISE PROVIDED BY LAW, ALIENS WITHIN ANY OF THE
FOLLOWING CLASSES ARE INELIGIBLE TO RECEIVE AN IMMIGRANT VISA:

(a) Aliens who are mentally retarded, insane, or who have suffered one or more attacks of insanity; aliens afflicted with psychopathic personality, sexual deviation, a mental defect, narcotic drug addiction, chronic alcoholism, or any dangerous contagious disease; aliens who have a physical defect, disease, or disability affecting their ability to earn a living; aliens who are paupers, professional beggars, or vagrants; aliens convicted of a crime involving moral turpitude or who admit committing the essential elements of such a crime, or who have been sentenced to confinement for at least 5 years in the aggregate for conviction of two or more crimes; aliens who are polygamists, or who practice or advocate polygamy; aliens who are prostitutes, or who have engaged in, benefited financially from, procured, or imported persons for the purpose of prostitution, or who seek entry to the United States to engage in prostitution or other commercialized vice, or any immoral sexual act; aliens who seek entry to perform skilled or unskilled labor and who have not been certified by the Secretary of Labor; and aliens likely to become a public charge in the United States.

Do any of the foregoing classes apply to you?    Yes ☐    No ☑    (If answer is Yes, explain)

(b) Aliens who seek re-entry within 1 year of their exclusion from the United States, or who, within the past 5 years, have been arrested and deported from the United States, or removed at Government expense in lieu of deportation, or removed as an alien in distress or as an alien enemy; aliens who procure or attempt to procure a visa or other documentation by fraud or willful misrepresentation; aliens who are not eligible to acquire United States citizenship, or who have departed from or remained outside the United States to avoid United States military service in time of war or national emergency; aliens who have been convicted for violating or for conspiring to violate certain laws or regulations relating to narcotic drugs or marihuana, or who are known or believed to be, or to have been, an illicit trafficker in narcotic drugs or marihuana; aliens seeking entry from foreign contiguous territory or adjacent islands within 2 years of their arrival therein on a non-signatory carrier; aliens who are unable to read and understand some language or dialect; aliens who, knowingly and for gain, have encouraged or assisted any other alien to enter, or attempt to enter, the United States in violation of law; aliens who are former exchange visitors who have not fulfilled the 2-year foreign residence requirement; and aliens who are graduates of foreign medical schools destined to the United States to perform medical services are ineligible for a visa unless they have passed parts I and II of the NBME Exam or an equivalent exam as determined by the Department of Health and Human Services.

Do any of the foregoing classes apply to you?    Yes ☐    No ☑    (If answer is Yes, explain)

(c) Aliens who are, or at any time have been, anarchists, or members of or affiliated with any Communist or other totalitarian party, including any subdivision or affiliate thereof; aliens who advocate or teach, or who have advocated or taught, either by personal utterance, or by means of any written or printed matter, or through affiliation with an organization, (1) opposition to organized government, (2) the overthrow of government by force and violence, (3) the assaulting or killing of government officials because of their official character, (4) the unlawful destruction of property, (5) sabotage, or (6) the doctrines of world communism, or the establishment of a totalitarian dictatorship in the United States; aliens who seek to enter the United States to engage in prejudicial activities or unlawful activities of a subversive nature.

Do any of the foregoing classes apply to you?    Yes ☐    No ☑    (If answer is Yes, explain)

(d) Aliens who during the period beginning on March 23, 1933, and ending on May 8, 1945, under the control, direct or indirect, of the Nazi Government of Germany or of the government of any area occupied by, or allied with, the Nazi Government of Germany, ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion.

Does the foregoing class apply to you?    Yes ☐    No ☑    (If answer is Yes, explain)

**41.** Were you assisted in completing this application? *(If answer is Yes, give name and address of person assisting you indicating whether relative, friend, travel agent, attorney, or other)*    Yes ☐    No ☑

Name                Address                Relationship

DHS0137

OPTIONAL FORM 230 (English) (Rev. 6-82)                                                                                     Page 4

42. The following documents are submitted in support of this application:
- ☒ Passport
- ☒ Birth certificate
- ☒ Police certificate(s)
- ☐ Marriage certificate
- ☐ Death certificate
- ☐ Divorce decree
- ☐ Military record
- ☐ Evidence of own assets
- ☒ Affidavit of support
- ☐ Offer of employment
- ☒ Medical record(s)
- ☒ Photographs
- ☐ Other (describe)
- ☐ Birth certificate of spouse
- ☐ Birth certificates of unmarried children under age 21 who will not be immigrating at this time *(List those for whom birth certificates are not available or whose birth certificates are being submitted at this time in connection with a visa application.)*

**DO NOT WRITE BELOW THE FOLLOWING LINE**
The consular officer will assist you in answering parts 43 and 44

43. I claim to be exempt from ineligibility to receive a visa and exclusion under item _____ in part 40 for the following reasons:
212(a)(14)                Beneficiary of Waiver under  ☐ 212(a)(28)(I)(i)       ☐ 212(e)
   ☐ Not applicable                                    ☐ 212(a)(28)(I)(ii)      ☐ 212(g)
   ☐ Attached                                          ☐ 212(b)(1)              ☐ 212(h)
                                                       ☐ 212(b)(2)              ☐ 212(i)

44. I claim to be a
- ☐ _____ preference immigrant subject to the numerical limitation for _____ *(Foreign state or dependent area)*
- ☐ Special immigrant not subject to limitation
- ☐ Immediate relative of a United States citizen
- My claim is based on the following facts:
- ☐ I am (my _____) is the beneficiary of a _____ petition.
- ☐ I am a returning resident alien.
- ☐ I derive foreign state chargeability under Section 202(b) through my _____
- ☐ Other (specify)

I understand that I am required to surrender my visa to the United States Immigration Officer at the place where I apply to enter the United States, and that the possession of a visa does not entitle me to enter the United States if at that time I am found to be inadmissible under the immigration laws.

I understand that any willfully false or misleading statement or willful concealment of a material fact made by me herein may subject me to permanent exclusion from the United States and, if I am admitted to the United States, may subject me to criminal prosecution and/or deportation.

I, the undersigned applicant for a United States immigrant visa, do solemnly swear (or affirm) that all statements which appear in this application have been made by me, including the answers to parts 32 through 41 inclusive, and are true and complete to the best of my knowledge and belief. I do further swear (or affirm) that, if admitted into the United States, I will not engage in activities which would be prejudicial to the public interest, or endanger the welfare, safety, or security of the United States; in activities which would be prohibited by the laws of the United States relating to espionage, sabotage, public disorder, or in other activities subversive to the national security; in any activity a purpose of which is the opposition to, or the control, or overthrow of, the Government of the United States, by force, violence, or other unconstitutional means.

I understand all the foregoing statements, having asked for and obtained an explanation on every point which was not clear to me.

_____
(Signature of Applicant)

The relationships claimed in items 12 and 13 verified by documentation submitted to consular officer except as noted:

DHS0138

Subscribed and sworn to before me this _____ day of _____, 19___ at _____

_____
(Consular Officer)

TARIFF ITEM NO. 20

92-105A                                                    ☆ U.S. GOVERNMENT PRINTING OFFICE 1983 381-526/8363

U.S. Department of Justice
Immigration and Naturalization Service (INS)

OMB #1115-0054
Petition for Alien Relative

## DO NOT WRITE IN THIS BLOCK – FOR EXAMINING OFFICE ONLY

| Case ID# | Action Stamp | | |
|---|---|---|---|
| A# | APPROVED | 07/21/93 | WAC-93-202-51128 PMJ001 |
| G-28 or Volag # | AUG 02 1993 | | |

Section of Law:
- [ ] 201 (b) spouse
- [ ] 201 (b) child
- [ ] 201 (b) parent
- [ ] 203 (a)(1)
- [ ] 203 (a)(2)
- [ ] 203 (a)(4)
- [x] 203 (a)(5)

AM CON: MNL

Petition was filed on: 7/8/93 (priority date)
- [ ] Personal Interview
- [ ] Pet. [ ] Ben. "A" File Reviewed
- [ ] Field Investigations
- [ ] 204 (a)(2)(A) Resolved
- [ ] Previously Forwarded
- [ ] Stateside Criteria
- [ ] I-485 Simul
- [ ] 204 (h) R

Remarks: 201 (b) (2) (A) (i)

### A. Relationship

1. The alien relative is my
   - [ ] Husband/Wife [ ] Parent [ ] Brother/Sister [x] Child
2. Are you related by adoption?
   - [ ] Yes [x] No
3. Did you gain permanent residence through adoption?
   - [ ] Yes [x] No

### B. Information about you

1. Name (Family name in CAPS) (First) (Middle)
   CAMARA  DOMINADOR  delas ALAS
2. Address (Number and Street) (Apartment Number)
   269 SAN CARLOS STREET
   (Town or City) (State/Country) (ZIP/Postal Code)
   SAN FRANCISCO, CALIFORNIA  94110
3. Place of Birth (Town or City) (State/Country)
   CALAPAN, OR. MINDORO, PHILIPPINES
4. Date of Birth (Mo/Day/Yr): JAN. 01, 1925
5. Sex: [x] Male [ ] Female
6. Marital Status: [x] Married [ ] Single [ ] Widowed [ ] Divorced
7. Other Names Used (including maiden name): DEMIE
8. Date and Place of Present Marriage (if married):
9. Social Security Number: 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
10. Alien Registration Number (if any): NONE
11. Names of Prior Husbands/Wives
12. Date(s) Marriage(s) Ended

13. If you are a U.S. citizen, complete the following:
    My citizenship was acquired through (check one)
    - [ ] Birth in the U.S.
    - [x] Naturalization (Give number of certificate, date and place it was issued)
    - [ ] Parents
    Have you obtained a certificate of citizenship in your own name?
    - [x] Yes [ ] No
    If "Yes", give number of certificate, date and place it was issued.
    NO. 20611785 - 02-18-93 SN. FRANCISCO CA

14a. If you are a lawful permanent resident alien, complete the following:
    Date and place of admission for, or adjustment to, lawful permanent residence, and class of admission:

14b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident? [ ] Yes [x] No

### C. Information about your alien relative

1. Name (Family name in CAPS) (First) (Middle)
   CAMARA, MAYA CAÑETE
2. Address (Number and Street) (Apartment Number)
   44 GEN. CONCEPCION ST., BAGONG BARRIO
   (Town or City) (State/Country) (ZIP/Postal Code)
   KALOOKAN CITY, PHILIPPINES  1400
3. Place of Birth (Town or City) (State/Country)
   KALOOKAN CITY  PHILIPPINES
4. Date of Birth (Mo/Day/Yr): MARCH 13, 1973
5. Sex: [ ] Male [x] Female
6. Marital Status: [ ] Married [x] Single [ ] Widowed [ ] Divorced
7. Other Names Used (including maiden name): NONE
8. Date and Place of Present Marriage (if married): NOT APPLICABLE
9. Social Security Number: NONE
10. Alien Registration Number (if any): NONE
11. Names of Prior Husbands/Wives: NOT APPLICABLE
12. Date(s) Marriage(s) Ended: NOT APPLICABLE

13. Has your relative ever been in the U.S.? [ ] Yes [x] No
14. If your relative is currently in the U.S., complete the following: He or she last arrived as a (visitor, student, stowaway, without inspection, etc.)
    NOT APPLICABLE
    Arrival/Departure Record (I-94) Number   Date arrived (Month/Day/Year)
    Date authorized stay expired, or will expire, as shown on Form I-94 or I-95
    NOT APPLICABLE
15. Name and address of present employer (if any)
    NONE
    Date this employment began (Month/Day/Year)
    NOT APPLICABLE
16. Has your relative ever been under immigration proceedings?
    [ ] Yes [x] No  Where _____ When _____
    [ ] Exclusion [ ] Deportation [ ] Recission [ ] Judicial Proceedings

| INITIAL RECEIPT | RESUBMITTED | RELOCATED | | COMPLETED | | |
|---|---|---|---|---|---|---|
| JUL 8 1993 | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | 8-4-93 | | |

Form I-130 (Rev. 10/01/89) Y

CAMARA, MAYA C.
DHS0139

## C. (continued) Information about your alien relative

16. List husband/wife and all children of your relative (if your relative is your husband/wife, list only his or her children)

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| NONE | | | |

17. Address in the United States where your relative intends to live

(Number and Street) 269 SAN CARLOS STREET  (Town or City) SAN FRANCISCO  (State) CALIFORNIA

18. Your relative's address abroad

(Number and Street) 44 GEN. CONCEPCION ST., (Town or City) BAGONG BARRIO, (Province) KALOOKAN CITY, (Country) PHILIPPINES  (Phone Number) NONE

19. If your relative's native alphabet is other than Roman letters, write his or her name and address abroad in the native alphabet:

(Name)  (Number and Street)  (Town or City)  (Province)  (Country)
NOT APPLICABLE

20. If filing for your husband/wife, give last address at which you both lived together:

(Name) (Number and Street) (Town or City) (Province) (Country)   From (Month) (Year)   To (Month) (Year)
NOT APPLICABLE

21. Check the appropriate box below and give the information required for the box you checked:

☒ Your relative will apply for a visa abroad at the American Consulate in   MANILA  ,  PHILIPPINES
                                                                            (City)        (Country)

☐ Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at _____. If your relative is not eligible for adjustment of status, he or she will
                                    (City)          (State)

apply for a visa abroad at the American Consulate in _____,
                                                       (City)                    (Country)

(Designation of a consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that consulate. Acceptance is at the discretion of the designated consulate.)

## D. Other Information

1. If separate petitions are also being submitted for other relatives, give names of each and relationship.
   MARDIE, CHILD ; DANILO, CHILD ; DEMIE, CHILD ; MARLON, CHILD

2. Have you ever filed a petition for this or any other alien before?    ☐ Yes    ☒ No
   If "Yes," give name, place and date of filing, and result.

**Warning:** The INS investigates claimed relationships and verifies the validity of documents. The INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

**Penalties:** You may, by law be imprisoned for not more than five years, or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws and you may be fined up to $10,000 or imprisoned up to five years or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

Signature  _Nominador A. Camara_   Date  07-02-93   Phone Number  415-647-F441

**Signature of Person Preparing Form if Other than Above**
I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name _____ (Address) _____ (Signature) _____ (Date) _____

G-28 ID Number _____

DHS0140

Volag Number _____

**NOTICE TO PERSONS FILING FOR SPOUSES IF MARRIED LESS THAN TWO YEARS**

Pursuant to section 216 of the Immigration and Nationality Act, your alien spouse may be granted conditional permanent resident status in the United States as of the date he or she is admitted or adjusted to conditional status by an officer of the Immigration and Naturalization Service. Both you and your conditional permanent resident spouse are required to file a petition, Form I-751, Joint Petition to Remove Conditional Basis of Alien's Permanent Resident Status, during the ninety day period immediately before the second anniversary of the date your alien spouse was granted conditional permanent residence.

Otherwise, the rights, privileges, responsibilities and duties which apply to all other permanent residents apply equally to a conditional permanent resident. A conditional permanent resident is not limited to the right to apply for naturalization, to file petitions in behalf of qualifying relatives, or to reside permanently in the United States as an immigrant in accordance with the immigration laws.

> Failure to file Form I-751, Joint Petition to Remove the Conditional Basis of Alien's Permanent Resident Status, will result in termination of permanent residence status and initiation of deportation proceedings.

**NOTE:** You must complete Items 1 through 6 to assure that petition approval is recorded. Do not write in the section below item 6.

---

1. **Name of relative** (Family name in CAPS)  (First)  (Middle)
   CAMARA   MAYA   CAÑETE
2. **Other names used by relative** (including maiden name)
   NONE
3. **Country of relative's birth**    4. **Date of relative's birth** (Month/Day/Year)
   PHILIPPINES               MARCH 13, 1973
5. **Your name** (Last name in CAPS) (First) (Middle)   6. **Your phone number**
   CAMARA, DOMINADOR delasALAS              (415) 826-6878

**Action Stamp**      SECTION           DATE PETITION FILED
                      ☐ 201 (b)(spouse)
                      ☐ 201 (b)(child)
                      ☐ 201 (b)(parent)
                      ☐ 203 (a)(1)       ☐ STATESIDE
                      ☐ 203 (a)(2)       CRITERIA GRANTED
                      ☐ 203 (a)(4)
                      ☐ 203 (a)(5)       SENT TO CONSUL AT:

DHS0141

Relative Petition Card
Form I-130A (Rev. 10/01/89) Y

**CHECKLIST**

Have you answered each question?
Have you signed the petition?
Have you enclosed:

☑ The filing fee for each petition?
☑ Proof of your citizenship or lawful permanent residence?
☑ All required supporting documents for each petition?

**If you are filing for your husband or wife have you included:**

☑ Your picture?
☑ His or her picture?
☑ Your G-325A?
☑ His or her G-325A?

|  | DATE |
|---|---|
| **STATEMENT OF MARRIAGEABLE AGE APPLICANT** (Issued Visa as Child) | |

This form is to be completed and signed in duplicate. Attach original to the immigrant visa issued. The duplicate is to be attached to the consular office file copy of the visa issued.

I, _____ the undersigned, fully understand that I shall lose my special, immediate relative or preference status or right to benefit from the immigrant status of my accompanying parent if I marry prior to my application for admission at a port of entry into the United States and that I would then be subject to exclusion therefrom.

*(Posts, when necessary, shall translate the English text into the local language in the following space.)*

_____
(Signature of Applicant)

50237-101
90-1039(.5)

☆ U.S. GOVERNMENT PRINTING OFFICE: 1980—311-153/5338

OPTIONAL FORM 237    MARCH 1975
(FORMERLY FS-548)    DEPT. OF STATE

DHS0159

Exhibit 2

# IMMIGRANT VISA AND ALIEN REGISTRATION

**IV-44,289,385**

☐ THE IMMIGRANT HAS BEEN PREVIOUSLY IN THE UNITED STATES

**OF:** (Family Name) CAMARA, (First Name) MAYA (Middle Name) CANETE

INS FILE #, IF KNOWN

**ACTION BY IMMIGRATION INSPECTOR**

THE IMMIGRANT NAMED ABOVE ARRIVED IN THE UNITED STATES VIA (Name of vessel or flight no. of arrival): **PR 100**

INELIGIBILITY FOR VISA WAIVED UNDER SECTION
☐ 212(e)   ☐ 212(h)
☐ 212(g)   ☐ 212(i)

U.S. IMMIGRATION
SFO SFR 965
OCT 24 1993
IR2
ADMITTED

CITY AND COUNTRY OF BIRTH: KALOOKAN CITY, PHILIPPINES
CITY AND COUNTRY OF LAST RESIDENCE: KALOOKAN CITY, PHIL

MO-DAY-YR OF BIRTH: 13MAR1973
NATIONALITY: FILIPINO

MARITAL STATUS: M ☐ S ☒ W ☐ D ☐ SEP ☐
MOTHER'S FIRST NAME: MARINA
FATHER'S FIRST NAME: DOMINADOR

**FINAL ADDRESS IN THE UNITED STATES**
STREET: 269 SAN CARLOS ST
CITY, STATE, ZIP: SAN FRANCISCO, CA 94110

SEC. 212(a)(5)(A) LABOR CERTIFICATION: ☐ NOT APPLICABLE  ☒ NOT REQUIRED  ☐ ATTACHED
OCCUPATION: UNR NONE
SEX: M ☐ F ☒

This visa is issued under Section 221 of the Immigration and Nationality Act, and upon the basis of the facts stated in the application. Possession of a visa does not entitle the bearer to enter the United States if at the time he seeks to enter he is found to be inadmissible. Upon arrival in the United States, it must be surrendered to a United States Immigration Officer.

AMERICAN EMBASSY AT MANILA, PHILIPPINES

Consular Officer of the United States of America

**IMMIGRANT CLASSIFICATION**
CLASSIFICATION SYMBOL: IR2
FOREIGN STATE/OTHER AREA LIMITATION: PHILIPPINES

MNL199373526901  44289385

ISSUED ON: 28SEP1993

THE VALIDITY OF THIS VISA EXPIRES MIDNIGHT AT THE END OF: 25JAN1994

**PASSPORT**
NO. N353085
OR OTHER TRAVEL DOCUMENTS (Describe):
RESERVED:

Tariff No. 21
Fee Paid $ _____ or Local Currency Equivalent

**IV-44,289,385**

ACTION OF I.J. | ACTION ON APPEAL | U.S.P.H.S.

Info given to IPS on date of 1-551
[illegible handwritten notes]

DHS0134

Exhibit 3

**START HERE - Please Type or Print**

### Part 1. Information about you.

Family Name: CAMARA
Given Name: MAYA
Middle Initial: C

U.S. Mailing Address - Care of

Street Number and Name: 760 San Jose Ave.
Apt. #:
City: San Francisco
County:
State: California
ZIP Code: 94110
Date of Birth (month/day/year): Mar. 13, 1973
Country of Birth: Philippines
Social Security #: 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
A #: A044289385

### Part 2. Basis for Eligibility (check one).

a. ☐ I have been a permanent resident for at least five (5) years.
b. ☐ I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years.
c. ☒ I am a permanent resident child of United States citizen parent(s).
d. ☐ I am applying on the basis of qualifying military service in the Armed Forces of the U.S. and have attached completed Forms N-426 and G-325B
e. ☐ Other. (Please specify section of law) _____

### Part 3. Additional information about you.

Date you became a permanent resident (month/day/year): Oct. 24, 1993
Port admitted with an immigrant visa or INS Office where granted adjustment of status: San Francisco, CA

Citizenship: N/A

Name on alien registration card (if different than in Part 1): NONE

Other names used since you became a permanent resident (including maiden name): NONE

Sex: ☐ Male  ☒ Female
Height: 5'2
Marital Status: ☐ Single  ☒ Married  ☐ Divorced  ☐ Widowed

Can you speak, read and write English? ☐ No  ☒ Yes.

**Absences from the U.S.:**

Have you been absent from the U.S. since becoming a permanent resident? ☐ No  ☒ Yes.

If you answered "Yes", complete the following. Begin with your most recent absence. If you need more room to explain the reason for an absence or to list more trips, continue on separate paper.

| Date left U.S. | Date returned | Did absence last 6 months or more? | Destination | Reason for trip |
|---|---|---|---|---|
| Mar.30/95 | Apr.21/95 | ☐ Yes  ☒ No | Philippines | Vacation |
| May 17/96 | Jun/96 | ☐ Yes  ☒ No | Philippines | Vacation |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |

Form N-400 (Rev. 07/17/91)N    Continued on back.    AUG 1 2 1996

**FOR INS USE ONLY**

Returned:
Receipt: WMF SPINABIRD SEP 1 9 1996
Resubmitted:
Reloc Sent: 9694 001    08/06/96 16:14    N400    95.00
Reloc Rec'd:
☒ Applicant Interviewed    DEC - 9 1996
At interview: ☐ request naturalization ceremony at court
Remarks:
Action:

To Be Completed by Attorney or Representative, if any
☐ Fill in box if G-28 is attached to represent the applicant
VOLAG#
ATTY State License #

DHS0125

**Part 4. Information about your residences and employment.**

A. List your addresses during the last five (5) years or since you became a permanent resident, whichever is less. Begin with your current address. If you need more space, continue on separate paper:

| Street Number and Name, City, State, Country, and Zip Code | Dates (month/day/year) | |
|---|---|---|
| | From | To |
| #760 SAN JOSE AVE. SAN FRANCISCO, CA 94110 | MAY 05, 1995 | present |
| #269 SAN CARLOS STREET SAN FRANCISCO, CA 94110 | 10/24/93 | 05/05/9 |

B. List your employers during the last five (5) years. List your present or most recent employer first. If none, write "None". If you need more space, continue on separate paper.

| Employer's Name | Employer's Address Street Name and Number - City, State and ZIP Code | Dates Employed (month/day/year) From | To | Occupation/position |
|---|---|---|---|---|
| BURGER KING (SACCA PROPERTIES) | MARKET ST. S.F. CA VACAVILLE, CA 95688 | 01/17/94 | 06/19/94 | CASHIER |
| MISSION NATIONAL BANK | 3060 16TH STREET S.F. CA 94103 | 05/15/94 | present | BANK TELLER / OPERATION SUPV TRAINEE |

**Part 5. Information about your marital history.**

A. Total number of times you have been married __1__. If you are now married, complete the following regarding your husband or wife.

| Family name GONZALES | Given name ANTHONY DAVE | Middle initial T. |
|---|---|---|

Address #16 BARRIO STA. LUCIA, NAGCARLAN LAGUNA PHILIPPINES

| Date of birth (month/day/year) 10/21/72 | Country of birth Philippines | Citizenship Filipino |
|---|---|---|
| Social Security# N/A | A# (if applicable) | Immigration status (If not a U.S. citizen) N/A |

**Naturalization** (If applicable)
(month/day/year)                    Place    (City, State)

If you have ever previously been married or if your current spouse has been previously married, please provide the following on separate paper: Name of prior spouse, date of marriage, date marriage ended, how marriage ended and immigration status of prior spouse.

**Part 6. Information about your children.**

B. Total Number of Children __1__. Complete the following information for each of your children. If the child lives with you, state "with me" in the address column; otherwise give city/state/country of child's current residence. If deceased, write "deceased" in the address column. If you need more space, continue on separate paper.

| Full name of child | Date of birth | Country of birth | Citizenship | A - Number | Address |
|---|---|---|---|---|---|
| ANTHONY LAURENZ GONZALES | 05/10/91 | PHILIPPINES | FILIPINO | N/A | #16 BARRIO STA. LUCIA NAGCARLAN, LAGUNA PHILIPPINES 1400 |

Form N-400 (Rev 07/17/91)N                    *Continued on next page*                    DHS0126

## Part 7. Additional eligibility factors.

Please answer each of the following questions. If your answer is **"Yes"**, explain on a separate paper.

1. Are you now, or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the Communist Party directly, or indirectly through another organization, group or person, or ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism?    ☐ Yes  ☒ No
2. During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party or SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:
    a. The Nazi Government of Germany?    ☐ Yes  ☒ No
    b. Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany?    ☐ Yes  ☒ No
3. Have you at any time, anywhere, ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion?    ☐ Yes  ☒ No
4. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces?    ☐ Yes  ☒ No
5. Have you ever failed to comply with Selective Service laws?    ☐ Yes  ☒ No
    If you have registered under the Selective Service laws, complete the following information:
    Selective Service Number:_____  Date Registered:_____
    If you registered before 1978, also provide the following:
    Local Board Number:_____  Classification:_____
6. Did you ever apply for exemption from military service because of alienage, conscientious objections or other reasons?    ☐ Yes  ☒ No
7. Have you ever deserted from the military, air or naval forces of the United States?    ☐ Yes  ☒ No
8. Since becoming a permanent resident, have you ever failed to file a federal income tax return?    ☐ Yes  ☒ No
9. Since becoming a permanent resident, have you filed a federal income tax return as a nonresident or failed to file a federal return because you considered yourself to be a nonresident?    ☐ Yes  ☒ No
10. Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation?    ☐ Yes  ☒ No
11. Have you ever claimed in writing, or in any way, to be a United States citizen?    ☐ Yes  ☒ No
12. Have you ever:
    a. been a habitual drunkard?    ☐ Yes  ☒ No
    b. advocated or practiced polygamy?    ☐ Yes  ☒ No
    c. been a prostitute or procured anyone for prostitution?    ☐ Yes  ☒ No
    d. knowingly and for gain helped any alien to enter the U.S. illegally?    ☐ Yes  ☒ No
    e. been an illicit trafficker in narcotic drugs or marijuana?    ☐ Yes  ☒ No
    f. received income from illegal gambling?    ☐ Yes  ☒ No
    g. given false testimony for the purpose of obtaining any immigration benefit?    ☐ Yes  ☒ No
13. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution?    ☐ Yes  ☒ No
14. Were you born with, or have you acquired in same way, any title or order of nobility in any foreign State?    ☐ Yes  ☒ No
15. Have you ever:
    a. knowingly committed any crime for which you have not been arrested?    ☐ Yes  ☒ No
    b. been arrested, cited, charged, indicted, convicted, fined or imprisoned for breaking or violating any law or ordinance excluding traffic regulations?    ☐ Yes  ☒ No

( If you answer yes to 15, in your explanation give the following information for each incident or occurrence the **city, state**, and **country**, where the offense took place, the **date** and **nature** of the offense, and the **outcome** or **disposition** of the case).

## Part 8. Allegiance to the U.S.

If your answer to any of the following questions is **"NO"**, attach a full explanation:
1. Do you believe in the Constitution and form of government of the U.S.?    ☒ Yes  ☐ No
2. Are you willing to take the full Oath of Allegiance to the U.S.? (see instructions)    ☒ Yes  ☐ No
3. If the law requires it, are you willing to bear arms on behalf of the U.S.?    ☒ Yes  ☐ No
4. If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S.?    ☒ Yes  ☐ No
5. If the law requires it, are you willing to perform work of national importance under civilian direction?    ☒ Yes  ☐ No

Form N-400 (Rev 07/17/91)N                    **Continued on back**                    DHS0127

## Part 9. Memberships and organizations.

A. List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place. Include any military service in this part. If none, write "none". Include the name of organization, location, dates of membership and the nature of the organization. If additional space is needed, use separate paper.

N O N E                                      N O N E

## Part 10. Complete only if you checked block " C " in Part 2.

How many of your parents are U.S. citizens?    ☑ One    ☐ Both    (Give the following about one U.S. citizen parent:)

Family Name: CAMARA    Given Name: DOMINADOR    Middle Name: ALAS

Address: 760 San Jose Ave. San Francisco, California 94110

Basis for citizenship:
☐ Birth
☒ Naturalization Cert. No. # 20611785

Relationship to you (check one):   ☒ natural parent   ☐ adoptive parent
☐ parent of child legitimated after birth

If adopted or legitimated after birth, give date of adoption or, legitimation: (month,day,year) N/A

Does this parent have legal custody of you?   ☐ Yes   ☐ No

(Attach a copy of relating evidence to establish that you are the child of this U.S. citizen and evidence of this parent's citizenship.)

## Part 11. Signature. (Read the information on penalties in the instructions before completing this section).

I certify or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

Signature: *Maya C. Camara*    MAYA C. CAMARA    Date: AUGUST 06, 1996

Please Note: If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for naturalization and this application may be denied.

## Part 12. Signature of person preparing form if other than above. (Sign below)

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

Signature                Print Your Name                Date

Firm Name and Address

---

DO NOT COMPLETE THE FOLLOWING UNTIL INSTRUCTED TO DO SO AT THE INTERVIEW

X *Maya C. Camara*
I swear that I know the contents of this application, and supplemental pages 1 through _____, that the corrections, numbered 1 through _____, were made at my request, and that this amended application, is true to the best of my knowledge and belief.

Subscribed and sworn to before me by the applicant.

_____
(Examiner's Signature)        Date

(Complete and true signature of applicant)

Form N-400 (Rev 07/17/91)N

DHS0128

*U.S. Government Printing Office: 1993 — 301-164/9271