# Exhibit 4

File Number: A 44 289 385

# REQUEST FOR WITHDRAWAL OF APPLICATION

# FOR NATURALIZATION

# PURSUANT TO 8 CFR 335.10

I, _Maya Canete Camara_, filed an application for the naturalization with the Immigration and Naturalization Service on _August 6, 1996_ at San Francisco, California. I hereby request the withdrawal of that application for naturalization.

I understand that:

- I will receive no further notice in this matter,

- this withdrawal is without prejudice to any future application for naturalization, and

- this withdrawal constitutes a waiver of any review pursuant to Title 8, Code of Federal Regulations, Section 336 et seq.

_Maya C. Camara_
Applicant's Signature

12/09/96
Date

I (DO) (DO NOT) CONSENT TO THE WITHDRAWAL. THE APPLICATION IS DENIED PURSUANT TO 8 CFR 335.10.

Thomas J. Schiltgen
District Director

_____
Date

WDAP 041692

DHS0121

# Exhibit 5

U.S. Department of Justice  
Immigration and Naturalization Service

OMB #1115-0009  
Application for Naturalization

**START HERE - Please Type or Print**

### Part 1. Information about you.

| Family Name | Given Name | Middle Initial |
|---|---|---|
| CAMARA | MAYA | CANETE |

U.S. Mailing Address - Care of: N/A

Street Number and Name: 3763 MISSION STREET  Apt. #: NONE

City: SAN FRANCISCO  County: SAN FRANCISCO

State: CA  ZIP Code: 94110

Date of Birth (month/day/year): MARCH 13, 1973  Country of Birth: PHILIPPINES

Social Security #: 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  A# 044289385

### Part 2. Basis for Eligibility (check one).

a. [ ] I have been a permanent resident for at least five (5) years.
b. [ ] I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years.
c. [X] I am a permanent resident child of United States citizen parent(s).
d. [ ] I am applying on the basis of qualifying military service in the Armed Forces of the U.S. and have attached completed Forms N-426 and G-325B.
[ ] Other. (Please specify section of law)

### Part 3. Additional information about you.

Date you became a permanent resident (month/day/year): OCTOBER 24, 1993  
Port admitted with an immigrant visa or INS Office where granted adjustment of status: SAN FRANCISCO, CA   IR-2

Citizenship: FILIPINO

Name on alien registration card (if different than in Part 1): N/A  same

Other names used since you became a permanent resident (including maiden name): NONE  GONZALES per marriage

Sex: [X] Female  Height: 5'2"  
Marital Status: [X] Married

Can you speak, read and write English? [X] Yes

**Absences from the U.S.:**

Have you been absent from the U.S. since becoming a permanent resident? [X] Yes

| Date left U.S. | Date returned | Did absence last 6 months or more? | Destination | Reason for trip |
|---|---|---|---|---|
| 4/2/95 | 4/21/95 | No | PHILIPPINES | VACATION |
| 5/19/96 | 6/9/96 | No | PHILIPPINES | VACATION |
| 5/17/97 | 6/8/97 | No | PHILIPPINES | VACATION |
| 5/9/98 | 6/9/98 | No | PHILIPPINES | VACATION |

Form N-400 (Rev. 07/17/91)N  Continued on back.

**FOR INS USE ONLY**

Returned:  
Resubmitted:  
Reloc Sent:  
Reloc Rec'd:  
[X] Applicant Interviewed  NOV 16 1999

At interview  
[ ] request naturalization ceremony at court

Remarks: ARC  PP  DL# B4906336

12/9/98 WSC*000165990  
WSC00138136

Action:

To Be Attorney or  
[ ] Fill in box if G the applicant  
VOLAG#  
ATTY State Lice

DHS0097

**Part 4. Information about your residences and employment.**

A. List your addresses during the last five (5) years or since you became a permanent resident, whichever is less. Begin with your current address. If you need more space, continue on separate paper:

| Street Number and Name, City, State, Country, and Zip Code | Dates (month/day/year) From | To |
|---|---|---|
| 3763 MISSION STREET SAN FRANCISCO, CALIFORNIA U.S.A. 94110 | 8/97 | PRESENT |
| 760 SAN JOSE AVENUE SAN FRANCISCO, CALIFORNIA U.S.A. 94110 | 4/95 | 8/97 |
| 269 SAN CARLOS STREET SAN FRANCISCO, CALIFORNIA U.S.A 94110 | 10/93 | 4/95 |

B. List your employers during the last five (5) years. List your present or most recent employer first. If none, write "None". If you need more space, continue on separate paper.

| Employer's Name | Employer's Address Street Name and Number - City, State and ZIP Code | Dates Employed (month/day/year) From | To | Occupation/position |
|---|---|---|---|---|
| MISSION NATIONAL BANK | 3060 16TH ST. S.F., CA 94103 | 4/94 | ~~PRESENT~~ 1/99 | LOAN PROCESSOR |
| BURGER KING | DOWNTOWN, S.F. | 1/95 | 8/94 | CASHIER |
| (8) Transnational Financial Network | | 4/99 | now | acct clerk |

**Part 5. Information about your marital history.**   (9) DOM: 4/19/1995 in Philip.

A. Total number of times you have been married  1 . If you are now married, complete the following regarding your husband or wife.
(10) no other marriages

| Family name | Given name | Middle initial |
|---|---|---|
| GONZALES | ANTHONY DAVE | T. |

Address  16 BARRIO STA. LUCIA, NAGCARLAN LAGUNA, PHILIPPINES

| Date of birth (month/day/year) 10/21/72 | Country of birth PHILIPPINES | Citizenship FILIPINO |
|---|---|---|
| Social Security# NONE | A# (if applicable) N/A | Immigration status (If not a U.S. citizen) NON-IMMIGRANT |

Naturalization (If applicable) (month/day/year)  N/A      Place (City, State)  N/A

If you have ever previously been married or if your current spouse has been previously married, please provide the following on separate paper: Name of prior spouse, date of marriage, date marriage ended, how marriage ended and immigration status of prior spouse. (11) 1x

**Part 6. Information about your children.**

B. Total Number of Children  1 . Complete the following information for each of your children. If the child lives with you, state "with me" in the address column; otherwise give city/state/country of child's current residence. If deceased, write "deceased" in the address column. If you need more space, continue on separate paper. → (12) Father is Anthony Dave Gonzales, mother is applicant

| Full name of child | Date of birth | Country of birth | Citizenship | A - Number | Address |
|---|---|---|---|---|---|
| ANTHONY LAUREN C. GONZALES | 5/10/91 | PHILIPPINES | FILIPINO | N/A | 16 BARRIO STA. LUCIA NAGCARLAN, LAGUNA PHILIPPINES |
| | | (13) no other children adopted, step or illegit | | | |
| | (14) no | | | | |

Form N-400 (Rev. 07/17/91)N     Continue on next page     DHS0098

## Part 7. Additional eligibility factors.

Please answer each of the following questions. If your answer is "Yes", explain on a separate paper.

1. Are you now, or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the Communist Party directly, or indirectly through another organization, group or person, or ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism? ☐ Yes ☒ No
2. During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party or SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:
    a. The Nazi Government of Germany? ☐ Yes ☒ No
    b. Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany? ☐ Yes ☒ No
3. Have you at any time, anywhere, ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion? ☐ Yes ☒ No
4. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No
5. Have you ever failed to comply with Selective Service laws? ☐ Yes ☒ No
    If you have registered under the Selective Service laws, complete the following information:
    Selective Service Number: _____ Date Registered: _____
    If you registered before 1978, also provide the following:
    Local Board Number: _____ Classification: _____
6. Did you ever apply for exemption from military service because of alienage, conscientious objections or other reasons? (15) *filed* ☐ Yes ☒ No
7. Have you ever deserted from the military, air or naval forces of the United States? ☐ Yes ☒ No
8. Since becoming a permanent resident, have you ever failed to file a federal income tax return? ☐ Yes ☒ No
9. Since becoming a permanent resident, have you filed a federal income tax return as a nonresident or failed to file a federal return because you considered yourself to be a nonresident? ☐ Yes ☒ No
10. Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation? ☐ Yes ☒ No
11. Have you ever claimed in writing, or in any way, to be a United States citizen? (16) *Never voted* ☐ Yes ☒ No
12. Have you ever:
    a. been a habitual drunkard? ☐ Yes ☒ No
    b. advocated or practiced polygamy? ☐ Yes ☒ No
    c. been a prostitute or procured anyone for prostitution? ☐ Yes ☒ No
    d. knowingly and for gain helped any alien to enter the U.S. illegally? ☐ Yes ☒ No
    e. been an illicit trafficker in narcotic drugs or marijuana? ☐ Yes ☒ No
    f. received income from illegal gambling? ☐ Yes ☒ No
    g. given false testimony for the purpose of obtaining any immigration benefit? (17) *no* ☐ Yes ☒ No
13. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution? ☐ Yes ☒ No
14. Were you born with, or have you acquired in same way, any title or order of nobility in any foreign State? ☐ Yes ☒ No
15. Have you ever:
    a. knowingly committed any crime for which you have not been arrested? ☐ Yes ☒ No
    b. been arrested, cited, charged, indicted, convicted, fined or imprisoned for breaking or violating any law or ordinance excluding traffic regulations? (18) *no* ☐ Yes ☒ No

( If you answer yes to 15, in your explanation give the following information for each incident or occurrence the **city, state,** and **country,** where the offense took place, the **date** and **nature** of the offense, and the **outcome** or **disposition** of the case).

## Part 8. Allegiance to the U.S.

If your answer to any of the following questions is "NO", attach a full explanation:
1. Do you believe in the Constitution and form of government of the U.S.? ☒ Yes ☐ No
2. Are you willing to take the full Oath of Allegiance to the U.S.? (see instructions) ☒ Yes ☐ No
3. If the law requires it, are you willing to bear arms on behalf of the U.S.? ☒ Yes ☐ No
4. If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S.? ☒ Yes ☐ No
5. If the law requires it, are you willing to perform work of national importance under civilian direction? ☒ Yes ☐ No

## Part 9. Memberships and organizations.

A. List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place. Include any military service in this part. If none, write "none". Include the name of organization, location, dates of membership and the nature of the organization. If additional space is needed, use separate paper.

~~NONE~~ (19) none

## Part 10. Complete only if you checked block " C " in Part 2.

How many of your parents are U.S. citizens?   ☒ One   ☐ Both   (Give the following about one U.S. citizen parent:)

Family Name: CAMARA
Given Name: DOMINADOR
Middle Name: A.

Address: 3763 MISSION STREET SAN FRANCISCO, CA 94110

(20) After applicant 18 years old

Basis for citizenship:
☐ Birth
☒ Naturalization Cert. No.

Relationship to you (check one):
☒ natural parent   ☐ adoptive parent
☐ parent of child legitimated after birth

If adopted or legitimated after birth, give date of adoption or, legitimation: (month/day/year) N/A

Does this parent have legal custody of you?   ☐ Yes   ☐ No

*Attach a copy of relating evidence to establish that you are the child of this U.S. citizen and evidence of this parent's citizenship.)

## Part 11. Signature. (Read the information on penalties in the instructions before completing this section).

I certify or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

Signature: *Maya Camara*
Date: 12/7/98

**Please Note:** If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for naturalization and this application may be denied.

## Part 12. Signature of person preparing form if other than above. (Sign below)

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

Signature: *Maya Camara*
Print Your Name: MAYA CAMARA
Date: 12/7/98

Firm Name and Address: N/A

---

### DO NOT COMPLETE THE FOLLOWING UNTIL INSTRUCTED TO DO SO AT THE INTERVIEW

I swear that I know the contents of this application, and supplemental pages 1 through ___, that the corrections, numbered 1 through 20, were made at my request, and that this amended application, is true to the best of my knowledge and belief.

(X) *Maya Camara Gonzales*
(Complete and true signature of applicant)

Subscribed and sworn to before me by the applicant.

(Examiner's Signature)
Date: 11/16/99

→ I AM AN ACCOUNTING CLERK.

Form N-400 (Rev 07/17/91)N

U.S. GOVERNMENT PRINTING OFFICE : 1997 O – 176-348

DHS0100

# CERTIFICATE PREPARATION SHEET
# and
# OATH DECLARATION

Alien Number: A 044 289 385
File Number: WSC*000165990
Daytime Phone: (415) 643-7246

**Name (changing to):** MAYA CAMARA GONZALES

**DOB:** March 13, 1973

**Sex:** Female

**Height:** 5 ft. 2 in.

**Marital Status:** Married

**Country of Former Nationality:** Philippines

**Name Change:** No (If yes, see attached name change form)

## Oath of Allegiance

I HEREBY DECLARE, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty of whom or which I have heretofore been a subject or citizen; that I will support and defend the Constitution and the laws of the United States of America against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I will bear arms on behalf of the United States when required by the law; that I will perform noncombatant service in the Armed Forces of the United States when required by the law; that I will perform work of national importance under civilian direction when required by the law; and that I take this obligation freely without any mental reservation or purpose of evasion; SO HELP ME GOD.

In acknowledgment whereof I have hereunto affixed my signature.

_Maya Camara Gonzales_                    11/16/99
Applicant's Signature (name change)          Date

Rev. 5/23/97

DHS0101

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM

AFFIDAVIT-WITNESS

IN RE: _____  FILE NO. 44 289 385

EXECUTED AT SAN FRANCISCO, CALIFORNIA    DATE  NOV 1 6 1999

Before the following officer of the U.S. Immigration and Naturalization Service:
in the English language.  Interpreter _____ used.

I, Maya C. Camara, acknowledge that the above-named officer has identified herself to me as an officer of the United States Immigration and Naturalization Service authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He has informed me that he desires to take my sworn statement regarding my marital history.

He has told me that my statement must be made freely and voluntarily. I am willing to make such a statement. I swear that I will tell the truth, the whole truth, and nothing but the truth, so help me God.

Being duly sworn, I make the following statement:

(1) Have you ever been married? YES

(2) How many times have you been married? 1  and to whom and when did you get married? ANTHONY DAVE GONZALES / 4/17/93

(3) Where you ever married prior to 1993, when you immigrated to the United States, anywhere in the world? NO

(4) Did you ever marry prior to your immigration to the United States, in a court or a church? NO

(5) Were you single at the time you immigrated to the United States? YES

(6) Have you filed any type of marriage certificate in the Philippines, prior to OCT 24, 1993 ? NO

(7) Have you ever had any type of "secret" marriage? NO

(8) Why did you not identify your children at the time you immigrated to the United States? BECAUSE AT THAT TIME I DON'T HAVE ANY PLANS OF STAYING IN THE U.S.

(9) Where your children born legitimate or illegitimate? ILLEGITIMATE

I understand that all my statements must be truthful and correct. False testimony will result in the denial of my application and may affect future applications for five years.

_____Maya Camara Gonzales_____
Signature of Affiant

Subscribed and sworn to before me this _____ day of NOV 1 6 1999, 19___.

_____
Immigration Examiner

I-215W (ARC-111892)

DHS0102

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM

AFFIDAVIT-WITNESS

IN RE: _____ FILE NO. A44 289 385

EXECUTED AT SAN FRANCISCO, CALIFORNIA    DATE  NOV 16 1999

Before the following officer of the U.S. Immigration and Naturalization Service:
in the English language. Interpreter _____ used.

I, Maya Canete Camara, acknowledge that the above-named officer has identified himself to me as an officer of the United States Immigration and Naturalization Service authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He has informed me that he desires to take my sworn statement regarding why does your medical certification show a history of 1 pregnancy and what did the American Consulate say.

He has told me that my statement must be made freely and voluntarily. I am willing to make such a statement. I swear that I will tell the truth, the whole truth, and nothing but the truth, so help me God.

Being duly sworn, I make the following statement:

A. I BROUGHT MY MEDICAL RESULT TO U.S. EMBASSY AT MANILA, PHILIPPINES FOR ~~SUB~~ REVIEW AND THEY FOUND OUT THAT I AM MATERNAL (GAVE BIRTH) AND THEY ASK ME WHERE IS MY CHILD I TOLD THEM THAT HE IS ALIVE AND LIVING W/ ME. ~~THEY DIDN'T ADVISE ME OR WHAT~~ THEY QUESTION ME WHY DIDN'T I DECLARE IT, BUT I TOLD THEM AT THAT TIME I DON'T HAVE PLANS OF STAYING IN THE U.S., I JUST WANT TO TAKE CARE OF MY DAD. AND I'M TURNING 21 ON 3/13/94. I DON'T WANT TO REAPPLY AGAIN FOR U.S. VISA.

NOV 16 1999

_____
Maya Camara Gonzales
Affiant

Subscribed and sworn to before me this _____ day of NOV 16 1999, 19 ___.

_____

DHS0103

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM

AFFIDAVIT-WITNESS

IN RE: _____ FILE NO. A44 289 385

EXECUTED AT SAN FRANCISCO, CALIFORNIA     DATE   NOV 16 1999

Before the following officer of the U.S. Immigration and Naturalization Service:
in the English language.  Interpreter _____ none _____ used.

I, _____Maya Canete Camara_____, acknowledge that the above-named officer has identified himself to me as an officer of the United States Immigration and Naturalization Service authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He has informed me that he desires to take my sworn statement regarding ___Why did you not inform INS of your child, Anthony Lamen Gonzalez, DOB 5/10/91, on your immigration visa___.
He has told me that my statement must be made freely and voluntarily. I am willing to make such a statement. I swear that I will tell the truth, the whole truth, and nothing but the truth, so help me God.

Being duly sworn, I make the following statement:

I DIDN'T ADD/WRITE MY SON IN MY APPLICATION FOR U.S. VISA BECAUSE AT THAT TIME I'M NOT DECIDED OR NO PLANS OF STAYING IN THE U.S.. MY ONLY PURPOSE OF COMING IN U.S. IS FOR MY FATHER, HE IS SUFFERING W/ HEART PROBLEM AND HE NEED A FAMILY MEMBER TO TAKE CARE OF HIM. I DID NOT KNOW THAT IT IS IMPORTANT AND I DID NOT THINK OF THE FUTURE.

NOV 16 1999

_____Maya Camara Gonzales_____
Affiant

Subscribed and sworn to before me this _____ day of  NOV 16 1999 , 19____.

DHS0104



**US. Department of Justice**
Immigration and Naturalization Service
630 Sansome Street, Room 237
San Francisco, California 94111

Maya Canete Camara
3763 Mission St.
SF., CA. 94110

File No.: A44 289 385
Date: 11/16/99

CC:

Examination of your application (N400) shows that additional information, documents or forms are needed before your application can be acted upon. Please **RETURN THIS LETTER WITH REQUESTED INFORMATION and/or DOCUMENTATION by:** Dec 20, 99.

## Failure to do so may result in the denial of your application.

- [ ] A court certified copy of the criminal complaint, final disposition, and sentence, including proof of completion of probation, community service, and term of imprisonment for **all your arrests**.
- [ ] An original or certified copy of a letter from the appropriate law enforcement agency listing **all your arrests or stating there is no record of any arrests**.
- [ ] Proof of child support (e.g. copy of canceled checks, DA's letter, notarized letter from the child's other parent) for _____
- [ ] Copy of rental agreement, deed, insurance policies, utility bills, bank/credit statements, and other specified evidence of marital union:_____. Submit ____ of these.
- [ ] Copy of (the first two pages of) income tax returns (Forms 1040), (Forms 540), and W-2s for you and your spouse for tax year(s): _____
- [ ] Proof of physical presence in the United States from_____ to _____, and copies of all pages with or without entries of all passports and reentry permits, if any.
- [ ] A more detailed Form N-648 from your doctor supporting your disability exemption claim.
- [ ] Letter from Welfare Department/Social Services agency regarding eligibility, copy attached.
- [ ] Marriage certificates for all marriages, and petitions and final divorce decrees for all divorces.
- [x] Two copies of the birth and baptismal certificates for all children.
- [x] Other: Copy of marriage certificate for all marriages.

*Due to heavy work loads, please allow a minimum of three months past the due date noted above for a response.*

DHS0105

# Exhibit 6

**U.S. Department of Justice**
Immigration and Naturalization Service

---

Office of the Officer-In-Charge
INS Manila

PSC 500 Box 22
FPO AP 96515-1000

2000 OCT -2 A 10: 38

SAN FRANCISCO, CA

September 19, 2000

MEMORANDUM FOR:  The District Director
INS- San Francisco
630 Sansome St.,
San Francisco, CA 94111-2280
Attn: Delores Leon- District Adjudication Officer- SFR/CB

FROM:   Harold E. Woodward
Officer-in-Charge
INS, Manila, RP

SUBJECT:   Maya Canete Camara
A44 289 385

ENCLOSURES:  (1) Your 2-Way memo dated May 04, 2000
(2) Report of Investigation dated September 19, 2000

DHS0106

UNITED STATES GOVERNMENT

## 2-Way Memo

Subject: Maya Canete Camara, A44 289 385

US EMBASSY MANILA
**INS**
RECEIVED 7 - JUN 2000

**INSTRUCTIONS**
Use routing symbols whenever possible

SENDER (Originator of message):
  Use brief, informal language.
  Conserve space.
  Forward original and one copy.

RECEIVER (Replier to message):
  Reply below the message, keep one copy, return one copy.

To: **OFFICER IN CHARGE**
Immigration & Naturalization Service
Manila, Philippines

DATE OF MESSAGE: 5/4/00
ROUTING SYMBOL: SFR/CB/~~G~~

SIGNATURE OF ORIGINATOR

TITLE OF ORIGINATOR
**Delores Leon,** District Adjudications Officer

FOLD                                                             FOLD

**MESSAGE**

Subject entered the United States on October 24, 1993, as an IR-2 immigrant, "single" and "no" children were claimed on her immigrant visa application. When the subject filed an application for naturalization, she claimed that she married her spouse on April 19, 1995 in the Philippines. She also listed one child, born in the Philippines prior to her entry.

Subject's child DOB: 05/10/91

Subject's spouse resides at 16 Barrio Sta. Lucia, Nagcarlan Laguna, Philippines.

Please verify the authenticity of the birth certificate(s) and check any prior marriage(s) of the subject before immigrating to the United States.

If the records are located, please send certified copy to this office. Thank you for your cooperation.

**REPLY**

From: **IMMIGRATION & NATURALIZATION SERVICE**
630 Sansome Street
San Francisco, CA 94111
USA

DATE OF REPLY
ROUTING SYMBOL
SIGNATURE OF REPLIER
TITLE OF REPLIER

OPTIONAL FORM 27 (Rev. 7-81)

s:\share\forms.wrd\2way.doc 121196

DHS0107

# U. S. IMMIGRATION & NATURALIZATION SERVICE

| PHILIPPINE ADDRESS | U. S. MAILING ADDRESS |
|---|---|
| U. S. EMBASSY<br>1201 ROXAS BOULEVARD<br>MANILA, PHILIPPINES | U. S. EMBASSY<br>PSC 500, BOX 22<br>FPO AP 96515-1000 |

**TELEPHONES**

632-523-1238 (DIRECT)
632-522-4362 (FAX)

## REPORT OF INVESTIGATION

SECURITY CLASSIFICATION:   For Official Use Only

MPH CASE NUMBER: 1574

A FILE NUMBER:      A44 289 385

TYPE OF CASE:       Fraud Case

SUBJECT (S):        Maya Canete Camara

OFFICER (S):        Ernesto O. Mendoza

DATE:               9/19/00

## COVER SHEET

DHS0108

Reference:   (a)   Your 2-Way Memorandum dated May 04, 2000

1. Reference (a) requested to search for a marriage contract between Maya Canete Camara and Anthony Dave Tobias Gonzales prior to her immigration as IR-2 on October 24, 1993.

2. A review/research of the 1989-1993 index by the National Statistics Office produced a marriage contract dated November 14, 1991 between Maya Canete Camara and Anthony Dave Tobias Gonzales. This document proves that Maya Canete Camara was already married before immigrating on October 24, 1993.

Exhibit(s):

A. NSO certified photocopy of the marriage contract dated November 14, 1991 between Maya Canete Camara Anthony Dave Tobias Gonzales.

_____          19 Sept 00
Investigator                              Date
Ernesto O. Mendoza

_____ For      9/19/00
Supervisory Approval                      Date
George R. Clarke, AOIC



*Embassy of the United States of America*

*Manila, Philippines*

Republic of the Philippines )
City of Manila )
Embassy of the United States of America ) ss:


I, CAMILLE PURVIS , a Vice Consul of the United States of Manila, Philippines, duly commissioned and qualified, do hereby certify that


**\*\*LUZVIMINDA R. NOBIO\*\***


whose true signature and official seal are, respectively, subscribed and affixed to the foregoing (annexed) certificate (document), was on the **5th day of August 2000** the date thereof, **Clerk II, National Statistics Office, Manila, Republic of the Philippines**, duly commissioned and qualified, to whose official acts, faith and credit are due.


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the American Consular Services at Manila, Philippines, this **30th** day of **August 2000**.

*[signature]*

Vice Consul of the
United States of America


/bbb

REGISTER No. _____

# MARRIAGE CONTRACT

City or Municipality of ......MANILA......  Province of ......PHILIPPINES......  5497723

|  | Husband | Wife |
|---|---|---|
| Contracting Parties | ANTHONY DAVE T. GONZALEZ | MAYA C. CAMARA |
| (a) Age & Birthdate | 19 yrs. old  OCTOBER 21/72 | 18 yrs. old  MARCH 13/73 |
| (b) Birthplace | PO. MA. LUCIA, MUSCARLAN | KALOOKAN CITY |
| (c) Nationality | FILIPINO / CATHOLIC | FILIPINO / CATHOLIC |
| (d) Residence | 88-19th. AVE. CUBAO QUEZON CITY | 44- GENERAL CONCEPCION ST. B.S. KALOOKAN CITY |
| Single widowed or divorced | SINGLE | SINGLE |
| Father | ERNESTO GONZALES | DOMINADOR CAMARA |
| Nationality | FILIPINO | FILIPINO |
| Mother | NENY TORIAS | MARIAN CAMARA |
| Nationality | FILIPINO | FILIPINO |
| Witnesses | RODOLFO DE GUZMAN | AMOR NILANBILIN |
| Residence | QUEZON CITY | KALOOKAN CITY |
| Persons who gave consent or advice | | |
| (a) Residence | NOTE: PARENTAL CONSENT FOR BOTH PARTIES HAS BEEN SOUGHT AND FAVORABLY GIVEN..... | |
| (b) Relation to contracting party | | |

Place of marriage Office of the / Church of / House of / Barrio of ...... CITY HALL, MANILA

Date of marriage ...... NOVEMBER 14, 1991

Marriage solemnized by ...... REVEREND JULLIE B. TORRES

(a) MINISTER  (b) C/O MANILA CITY HALL, MANILA
(Position)  (Address)

THIS IS TO CERTIFY, That I, ANTHONY DAVE T. GONZALES and I, MAYA C. CAMARA on the date and at the place above given, of our own free will and accord, and in the presence of the person solemnizing this marriage and of the two witnesses named below, both of age, take each other as husband and wife.

And I, REVEREND JULLIE B. TORRES  MINISTER
(Position)

CERTIFY. That on the date and at the place above written the aforesaid ANTHONY DAVE T. GONZALEZ and MAYA C. CAMARA were with their mutual consent lawfully joined together in holy matrimony by me in the presence of said witnesses, both of age; and I further certify that the Marriage License No. 9935890 issued at CARMONA, CAVITE on NOV. 8th. 1991 in favor of said parties, was exhibited to me or no marriage license was exhibited to me this marriage being of an exceptional character performed under Art. XXXXXXXX of Rep. Act 386; and that the consent or advice to such marriage was duly given, as required by law, by the person or persons above mentioned.

IN WITNESS WHEREOF, we signed, (or marked with our fingerprint) this certificate in triplicate this 14th. day of NOVEMBER 19 91.

(Contracting Party)  (Contracting Party)
ANTHONY DAVE T. GONZALEZ  MAYA C. CAMARA

WITNESSES

RODOLFO DE GUZMAN  AMOR NILANBILIN

REVEREND JULLIE B. TORRES
(Judge, Justice of the Peace, Mayor, Priest, Minister, etc.)
Authorization No. 0303  Faculty expires on 12/31/91
(See back)

DHS0111