# Exhibit 7



Direct all responses by mail to the office listed below:
IMMIGRATION AND NATURALIZATION SERVICE
630 Sansome St # Room 237
San Francisco CA 94111

**U.S. Department of Justice**
*Immigration and Naturalization Service*

---

Maya Camara Gonzales
3763 Mission St
San Francisco CA 94110

Refer to this file: WSC*000165990
Alien Number:   A 044 289 385
Date:
           JAN 2 2 2001

# DECISION

On November 16, 1999, you appeared for an examination of your application for naturalization, which was filed in accordance with Section 316(a) of the Immigration and Nationality Act.

Pursuant to the investigation and examination of your application it is determined that you are ineligible for naturalization for the following reason(s):

### See Attachment(s)

If you desire to request a review hearing on this decision pursuant to Section 336(a) of the Act, **you must file a request for a hearing within 30 Days of the date of this notice.** If no request for hearing is filed within the time allowed, this decision is final. A request for hearing may be made to the District Director, with the Immigration and Naturalization office which made the decision, on Form N-336, **Request for Hearing on a Decision in Naturalization Proceedings under Section 336 of the Act, together with a fee of $170**. A brief or other written statement in support of your request may be submitted with the Request for Hearing.

Sincerely,

Charles H DeMore
District Director



Form N-335

DHS0094

Attachment(s) to Form N-335

Applicant: Maya Camara Gonzales
Application for Naturalization, Form N-400
Alien Number: A044289385
Application ID: WSC*000165990

On December 9, 1998, you filed an application under Section 316(a) of the Immigration and Nationality Act, as amended, herein the Act. On November 16, 1999, you were interviewed by an officer of the Immigration and Naturalization Service to determine your eligibility for naturalization. During that interview, you provided sworn testimony that you had been married one time in your life; on April 19, 1995, to Anthony Gonzales. To confirm this testimony, an affidavit of sworn testimony was taken, confirming that you had never been married prior to 1993, that you were single when you immigrated to the United States, and that your child was born illegitimate.

A review of your immigrant record revealed that you had immigrated, to the United States, on October 24, 1993, as an unmarried daughter of a United States citizen.

In an attempt to verify your testimony, an overseas investigation was conducted. Results revealed that you had, in fact, married Anthony Gonzales on November 14, 1991 in the Philippines. Had you divulged your marital status at the time of your September 28, 1993 immigrant visa interview, your immigrant application would have been denied and the approval of your petition revoked. It is noted that you signed a Statement of Marriageable Age Applicant at the time of your visa interview, confirming that you had never been married and acknowledging that you would be rendered ineligible for immigration should you marry before immigrating to the United States. In addition, had you revealed that you were married at the time of entry into the United States, on October 24, 1993, you would have been denied lawful admission into the United States, as you were excludable.

Section 316 of the Act provides in pertinent part that no person shall be naturalized unless immediately preceding the date of filing of his application for naturalization he has resided continuously in the United States for at least five years, after being lawfully admitted for permanent residence.

It is well settled that an alien who is excludable at entry does not acquire a lawful status. In Re Longstaff, 716 F.2d 1439 (5th cir. 1983) the court decided that an "admission is not lawful if it is regular only in form. The term *lawfully* denotes compliance with substantive legal requirements, no merely procedural regularity..." In the case of Monet v. INS, 791 F.2d 752 (9th cir. 1986); and the case of Matter of T, 6 I&N Dec. 136 (A.G. 1934), the court held that the alien's entry was not lawful because he obtained an immigration visa by fraud. In the case of Fedorenko v. United States, 449 U.S. 490 (1981), the court held that because an alien was not lawfully admitted to the United States, the applicant was ineligible for naturalization.

At the time you immigrated to the United States as an unmarried daughter of a United States citizen, you were ineligible for such status, as you were in fact married. Inasmuch as you were not lawfully admitted to the United States as a lawful permanent resident, you do not at this time meet the five years continuous residence requirement, and you are ineligible for naturalization.

Page 3

In addition, during your interview before an officer of the Immigration and Naturalization Service, on November 16, 1999, you provided false testimony when you claimed that you were married one time. Section 316 (a) of the Act states that "[n]o person...shall be naturalized unless such applicant during the five years immediately preceding the date of filing his application...has been and still is a person of good moral character..."

Title 8, Code of Federal Regulations, part 316.10(b)(2) delineates what does not meet the good moral character requirement, stating that "[a]n applicant shall be found to lack good moral character if during the statutory period the applicant...(vi) Has given false testimony to obtain any benefit from the Act, if the testimony was made under oath or affirmation and with an intent to obtain an immigration benefit..."

The Service finds that your false testimony, regarding your marital history, fails to demonstrate good moral character, as is required.

**In conclusion, you are ineligible for naturalization in that you have failed to establish that you are a person of good moral character, and that you have the requisite continuous lawful permanent residence status in the United States. Therefore, your application must be and hereby is denied. It should be noted that since you do not possess lawful permanent resident status, you are ineligible to petition for your spouse and child, unless you obtain lawful permanent resident status in removal proceedings.**

DHS0096

# Exhibit 8

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0009
**Application for Naturalization**

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black or blue ink.

### Part 1. Your Name (The Person Applying for Naturalization)

Write your INS "A"- number here:
A 0 4 4 2 8 9 3 8 5

A. Your current legal name.

Family Name (Last Name)
CAMARA

Given Name (First Name)
MAYA

Full Middle Name (If applicable)
CANETE

B. Your name exactly as it appears on your Permanent Resident Card.

Family Name (Last Name)
CAMARA

Given Name (First Name)
MAYA

Full Middle Name (If applicable)
CANETE

C. If you have ever used other names, provide them below.

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| N/A none | | (1) |
| | | |
| | | |

D. Name change (optional)

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?  ☐ Yes  ☒ No
2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name (Last Name)

Given Name (First Name)

Full Middle Name

FOR INS USE ONLY

Bar Code | Date Stamp

Remarks
S/R
CDL
B4906336
P.P.
philippi

Action
DENIED
OCT 2 0 2005

### Part 2. Information About Your Eligibility (Check Only One)

I am at least 18 years old AND  3|6 ca  (2)

A. ☒ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND I have been married to and living with the same U.S. citizen for the last 3 years, AND my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other (Please explain)

DHS0043

Form N-400 (Rev. 07/23/02)N

### Part 3. Information About You

Write your INS "A"- number here:
A 0 4 4 2 8 9 3 8 5

A. Social Security Number: 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
B. Date of Birth (Month/Day/Year): 03/13/1973
C. Date You Became a Permanent Resident (Month/Day/Year): 10/24/1993   *IR 2*

D. Country of Birth: PHILIPPINES
E. Country of Nationality: PHILIPPINES

F. Are either of your parents U.S. citizens? (if yes, see Instructions)  [X] Yes   [ ] No   *both after I turned 18th*

G. What is your current marital status?   [ ] Single, Never Married   [X] Married   [ ] Divorced   [ ] Widowed
   [ ] Marriage Annulled or Other (Explain) _____

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?   [ ] Yes   [X] No

I. Are you requesting an accommodation to the naturalization process because of a disability or impairment? (See Instructions for some examples of accommodations.)   [ ] Yes   [X] No

If you answered "Yes", check the box below that applies:

[ ] I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____
[ ] I use a wheelchair.
[ ] I am blind or sight impaired.
[ ] I will need another type of accommodation. Please explain: _____

### Part 4. Addresses and Telephone Numbers

A. Home Address - Street Number and Name (Do NOT write a P.O. Box in this space): 294 AVALON DRIVE   *Own house w/ mom and son and brother*   Apartment Number
City: DALY CITY   County: ___   State: CA   ZIP Code: 94015   Country: USA

B. Care of: SAME AS ABOVE.   Mailing Address-Street Number and Name (If different from home address): *Son w/ me, come to U.S.*   Apartment Number
City: ___   State: ___   ZIP Code: ___   Country: ___

C. Daytime Phone Number (If any): (650) 755-3282   *650-991-2878*
Evening Phone Number (If any): *work* (415) 573-1230
E-mail Address (If any): ___

DHS0044

Form N-400 (Rev. 07/23/02)N Page 2

1949.3291

## Part 5. Information for Criminal Records Search

Write your INS "A"- number here:
A 0 4 4 2 8 9 3 8 5

Note: The categories below are those required by the FBI. See Instructions for more information.

A. Gender
☐ Male   ☒ Female

B. Height
5 Feet  2 Inches

C. Weight
105 Pounds

D. Race
☐ White   ☒ Asian or Pacific Islander   ☐ Black   ☐ American Indian or Alaskan Native   ☐ Unknown

E. Hair color
☒ Black   ☐ Brown   ☐ Blonde   ☐ Gray   ☐ White   ☐ Red   ☐ Sandy   ☐ Bald (No Hair)

F. Eye color
☒ Brown   ☐ Blue   ☐ Green   ☐ Hazel   ☐ Gray   ☐ Black   ☐ Pink   ☐ Maroon   ☐ Other

## Part 6. Information About Your Residence and Employment

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates (Month/Year) From | To |
|---|---|---|
| Current Home Address - Same as Part 4.A | 02/2002 | Present |
| 3763 MISSION ST., SAN FRANCISCO CA 94110 USA | 08/1997 | 02/2002 |
| 760 SAN JOSE AVE., SAN FRANCISCO CA 94110 USA | 04/1995 | 08/1997 |
| 269 SAN CARLOS ST., SAN FRANCISCO CA 94110 USA | 10/1993 | 04/1995 |
| | / | / |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address (Street, City and State) | Dates (Month/Year) From | To | Your Occupation |
|---|---|---|---|---|
| TRANSNATIONAL FINANCIAL NETWORK, INC. | 401 TARAVAL ST., SAN FRANCISCO CA | 04/1999 | /PRESENT | PAYROLL MGR/STAFF ACTN'T |
| MISSION NATIONAL BANK | 3060 16TH ST., SAN FRANCISCO CA | 04/1994 | 04/1999 | LOAN PROCESSOR |
| BURGER KING | CIVIC CENTER, SAN FRANCISCO CA | 08/1993 | 01/1994 | CASHIER |
| | | / | / | |
| | | / | / | |

Form N-400 (Rev. 07/23/02)N Page 3

DHS0045

1949.3291

**Part 7. Time Outside the United States**
*(Including Trips to Canada, Mexico, and the Caribbean Islands)*

Write your INS "A"- number here:
A 0 4 4 2 8 9 3 8 5

A. How many total days did you spend outside of the United States during the past 5 years?  **93** days

B. How many trips of 24 hours or more have you taken outside the United States during the past 5 years?  **4** trips

C. List below all the trips of 24 hours or more that you have taken outside the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date you left the United States (Month/Day/Year) | Date You Returned to the United States (Month/Day/Year) | Did Trip Last 6 months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 04/02/1995 | 04/21/1995 | ☐ Yes ☒ No | PHILIPPINES | 19 |
| 05/19/1996 | 06/09/1996 | ☐ Yes ☒ No | PHILIPPINES | 21 |
| 05/17/1997 | 06/08/1997 | ☐ Yes ☒ No | PHILIPPINES | 22 |
| 05/09/1998 | 06/09/1998 | ☐ Yes ☒ No | PHILIPPINES | 31 |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | 9 |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |

**Part 8. Information About Your Marital History**

A. How many times have you been married (including annulled marriages)?  **1**  If you have NEVER been married, go to Part 9.

B. If you are now married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*: GONZALES
   Given Name *(First Name)*: ANTHONY DAVE
   Full Middle Name *(If Applicable)*: TOBIAS

2. Date of Birth *(Month/Day/Year)*: 10/21/1972
3. Date of Marriage *(Month/Day/Year)*: 04/17/1995
4. Spouse's Social Security Number: 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

5. Home Address - Street Number and Name: 341 GEN. CONCEPCION ST., BAGONG BARRIO
   Apartment Number:

City: CALOOCAN CITY
State: PHILIPPINES
ZIP code:

**Part 8. Information About Your Marital History (Continued)**

Write your INS "A"- number here:
A 0 4 4 2 8 9 3 8 5

C. Is your spouse a U.S. citizen?  ☐ Yes  ☒ No

D. If your spouse is a U.S. citizen, give the following information:

1. When did your spouse become a U.S. citizen?   ☐ At Birth   ☐ Other

2. Date your spouse became a U.S. Citizen

3. Place your spouse became a U.S. Citizen *(Please see Instructions)*

City and State

E. If your spouse is NOT a U.S. citizen, give the following information:

1. Spouse's Country of Citizenship: **PHILIPPINES**

2. Spouse's INS "A"- Number *(If applicable)*: A NONE

3. Spouse's Immigration Status
☐ Lawful Permanent Residence   ☒ Other  FILIPINO CITIZEN / I-130 pending

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

1. Prior Spouse's Family Name *(Last Name)*

Given Name *(First Name)*

Full Middle Name *(If applicable)*

2. Prior Spouse's Immigration Status
☐ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other _____

3. Date of Marriage *(Month/Day/Year)*

4. Date Marriage Ended *(Month/Day/Year)*

5. How Marriage Ended
☐ Divorce  ☐ Spouse Died  ☐ Other _____

G. How many times has your current spouse been married (including annulled marriages)?  **1**

If your spouse has EVER been married before, give the following information about your spouse's prior marriage.
If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

1. Prior Spouse's Family Name *(Last Name)*

Given Name *(First Name)*

Full Middle Name *(If applicable)*

2. Prior Spouse's Immigration Status
☐ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other _____

3. Date of Marriage *(Month/Day/Year)*

4. Date Marriage Ended *(Month/Day/Year)*

5. How Marriage Ended
☐ Divorce  ☐ Spouse Died  ☐ Other _____

## Part 9. Information About Your Children

Write your INS "A"- number here:
A 0 4 4 2 8 9 3 8 5

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.   [ 1 ]

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of Son or Daughter | Date of Birth (Month/Day/Year) | INS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State & Country) |
|---|---|---|---|---|
| ANTHONY LAURENZ C. GONZALES | 05/10/1991 | A 47752166 | PHILIPPINES | LIVING W/ ME. |
| father | / / | A | is currently spouse (12) |
| not | / / | A | legally married before |
| | / / | A | immigrated. |
| not | / / | A | legally, mean void (13) |
| when | / / | A was the | 1st time you |
| got married? | / / | A 1/1/1991 | and void on (14) |
| | / / | A the | same day. |

## Part 10. Additional Questions

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

A. General Questions

1. Have you EVER claimed to be a U.S. citizen (in writing or any other way)?  ☐ Yes  ■ No
2. Have you EVER registered to vote in any Federal, state, or local election in the United States?  ☐ Yes  ■ No
3. Have you EVER voted in any Federal, state, or local election in the United States?  ☐ Yes  ■ No
4. Since becoming a Lawful Permanent Resident, have you EVER failed to file a required Federal, state, or local tax return?  ☐ Yes  ■ No
5. Do you owe any Federal, state, or local taxes that are overdue?  filed tax every year  ☑ Yes  ■ No (15)
6. Do you have any title of nobility in any foreign country?  ☐ Yes  ■ No
7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years?  ☐ Yes  ■ No

**Part 10. Additional Questions** *(Continued)*

Write your INS "A"- number here:
A 0 4 4 2 8 9 3 8 5

**B. Affiliations**

8. a. Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?  ☐ Yes  ■ No

b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
|---|---|
| 1. none | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

*(16 circled)*

9. Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

   a. The Communist Party?  ☐ Yes  ■ No

   b. Any other totalitarian party?  ☐ Yes  ■ No

   c. A terrorist organization?  ☐ Yes  ■ No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?  ☐ Yes  ■ No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?  ☐ Yes  ■ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

   a. The Nazi government of Germany?  ☐ Yes  ■ No

   b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?  ☐ Yes  ■ No

   c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?  ☐ Yes  ■ No

**C. Continuous Residence**

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return?  ☐ Yes  ■ No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?  ☐ Yes  ■ No

| Part 10. Additional Questions *(Continued)* |
|---|

Write your INS "A"- number here:
A 0 4 4 2 8 9 3 8 5

### D. Good Moral Character

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you EVER committed a crime or offense for which you were NOT arrested? ☐ Yes ■ No

16. Have you EVER been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason? ☐ Yes ■ No

17. Have you EVER been charged with committing any crime or offense? ☐ Yes ■ No

18. Have you EVER been convicted of a crime or offense? ☐ Yes ■ No

19. Have you EVER been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)? ☐ Yes ■ No

20. Have you EVER received a suspended sentence, been placed on probation, or been paroled? ☐ Yes ■ No

21. Have you EVER been in jail or prison? ☐ Yes ■ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged (Month/Day/Year) | Where were you arrested, cited, detained or charged? (City, State, Country) | Outcome or disposition of the arrest, citation, detention or charge (No charges filed, charges dismissed, jail, probation, etc.) |
|---|---|---|---|
| have | | | (17) |
| | | | |
| | | | |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you EVER:
   a. been a habitual drunkard? ☐ Yes ■ No
   b. been a prostitute, or procured anyone for prostitution? ☐ Yes ■ No
   c. sold or smuggled controlled substances, illegal drugs or narcotics? ☐ Yes ■ No
   d. been married to more than one person at the same time? ☐ Yes ■ No
   e. helped anyone enter or try to enter the United States illegally? ☐ Yes ■ No
   f. gambled illegally or received income from illegal gambling? ☐ Yes ■ No
   g. failed to support your dependents or to pay alimony? ☐ Yes ■ No

23. Have you EVER given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal? ☐ Yes ■ No

24. Have you EVER lied to any U.S. government official to gain entry or admission into the United States? ☐ Yes ■ No

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A 0 4 4 2 8 9 3 8 5 |

### E. Removal, Exclusion, and Deportation Proceedings

25. Are removal, exclusion, rescission or deportation proceedings pending against you? ☐ Yes ■ No
26. Have you EVER been removed, excluded, or deported from the United States? ☐ Yes ■ No
27. Have you EVER been ordered to be removed, excluded, or deported from the United States? ☐ Yes ■ No
28. Have you EVER applied for any kind of relief from removal, exclusion, or deportation? ☐ Yes ■ No

### F. Military Service

29. Have you EVER served in the U.S. Armed Forces? ☐ Yes ■ No
30. Have you EVER left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ■ No
31. Have you EVER applied for any kind of exemption from military service in the U.S. Armed Forces? ☐ Yes ■ No
32. Have you EVER deserted from the U.S. Armed Forces? ☐ Yes ■ No

### G. Selective Service Registration

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant? ☐ Yes ■ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year) [N/A]    Selective Service Number [__/___/____]

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

### H. Oath Requirements *(See Part 14 for the text of the oath)*

Answer questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States? ■ Yes ☐ No
35. Do you understand the full Oath of Allegiance to the United States? ■ Yes ☐ No
36. Are you willing to take the full Oath of Allegiance to the United States? ■ Yes ☐ No
37. If the law requires it, are you willing to bear arms on behalf of the United States? ■ Yes ☐ No
38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces? ■ Yes ☐ No
39. If the law requires it, are you witting to perform work of national importance under civilian direction? ■ Yes ☐ No

**Part 11. Your Signature**

Write your INS "A"- number here:
A 0 4 4 2 8 9 3 8 5

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature: *[signature]*

Date (Month/Day/Year): 9/17/2003

**Part 12. Signature of Person Who Prepared This Application for You** *(if applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name: MICHAEL J. GURFINKEL

Preparer's Signature: *[signature]*

Date (Month/Day/Year): OCT 02 2003

Preparer's Firm or Organization Name (If applicable): LAW OFFICES OF MICHAEL J. GURFINKEL

Preparer's Daytime Phone Number: ( 818 ) 543-5800

Preparer's Address - Street Number and Name: 219 N. BRAND BLVD.

City: GLENDALE

State: CA

ZIP Code: 91203

---

**Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So**

**Part 13. Signature at Interview**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through ___17___ and the evidence submitted by me numbered pages 1 through ___0___, are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

*Maya Canete Camara*
Complete Signature of Applicant
*[signature: Maya C. Camara]*

Officer's Printed Name or Stamp: Tiffany Yuen

Officer's Signature: *[signature]*

Date (Month/Day/Year): DEC 20 2004

**Part 14. Oath of Allegiance**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing below, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;
that I will bear true faith and allegiance to the same;
that I will bear arms on behalf of the United States when required by the law;
that I will perform noncombatant service in the Armed Forces of the United States when required by the law;
that I will perform work of national importance under civilian direction when required by the law; and
that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant: MAYA CANETE CAMARA

Complete Signature of Applicant: *Maya Canete Camara*

Department of Justice
Immigration and Naturalization Service

# Certificate Preparation Sheet And Oath Declaration

| A # | A 044 289 385 | Daytime Phone # | 650-991-2878 (~~(650) 755-3282~~) |

NAME (If name Change, ENTER new Name):   Check BOX if there is a change of name: → ☐

MAYA
(FIRST)

CANETE
(MIDDLE)

CAMARA
(LAST)

Date of birth: 03/13/1973
Month/Day/Complete Year

(Check Sex)   MALE: ☐   FEMALE: X

Height: 5 (Feet) 2 (Inches)

Marital Status; Enter "S" Single, "M" Married, "D" Divorced, or "W" Widow(er): → M

Country of Former Nationality: Philippines
(Enter Actual name of Country)

*Maya Canete Camara*

DHS0053

Form N-649 (Rev. 11/1/98)