SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAYA CAMARA, | No. C 06-7552 EMC |
|     Petitioner, | |
| v. | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; PETER D. KEISLER,* Attorney General of the United States; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; and DAVID N. STILL, District Director of United States Citizenship and Immigration Services, | [PROPOSED] ORDER GRANTING RESPONDENTS' MOTION FOR SUMMARY JUDGMENT |
|     Respondents. | |

    Petitioner seeks review of the denial of her naturalization application, pursuant to 8 U.S.C. § 1421(c). The United States Attorney General is not properly named, and is dismissed from the Petition. 6 U.S.C. § 271(b). The record establishes that Petitioner has provided false testimony, and is therefore precluded from a finding that she possesses good moral character. Kungys v. United States, 485 U.S. 759, 778 (1988). On this ground alone, she is ineligible for naturalization. In addition, at the time of her entry into the United States as the unmarried daughter of a United States

---

*Pursuant to Fed. R. Civ. P. 25(d)(1), Peter D. Keisler is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

PROPOSED ORDER
C 06-7552 EMC

1  citizen, Petitioner was, in fact, married. Accordingly, she was never lawfully admitted to the United
2  States, and is not eligible for naturalization. Hendrix v. INS, 583 F.2d 1102, 1103 (9th Cir. 1978).
3  The 2003 declaration that her marriage was void ab initio does not cure this defect in her entry. Id.
4       Accordingly, the Court DENIES Petitioner's Motion for Summary Judgment, and GRANTS
5  Respondents' Cross Motion for Summary Judgment.
6       IT IS SO ORDERED.

8  Dated:

                                  EDWARD M. CHEN
                                  United States Magistrate Judge