**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** December 19, 2007
**Case No:** C06-7552 EMC

**FTR Time:** 10:31-11:08a
**Reporter:** Lydia Zinn

**Case Name:** Camara v. Chertoff, et al.

    **Attorneys:**   Camille Bowman for Plaintiff
                           Melanie Proctor for Defendants

    **Deputy Clerk:** Betty Fong

| **PROCEEDINGS:** | **ORDERED AFTER HEARING:** |
|---|---|
| - PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT | Court took matter under submission and will issue order. |

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x] Court

**Case continued to:**
cc: EMC