IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAYA CAMARA,                                    No. C06-7552 EMC,

    Plaintiff,

  v.                                          **JUDGMENT IN A CIVIL CASE**

MICHAEL CHERTOFF, et al.,

    Defendants.
_____/

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issued have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** pursuant to the Order Denying Petitioner's Motion for Summary Judgment and Granting Respondent's Cross-Motion for Summary Judgment filed January 7, 2008, Judgement is entered in favor of Respondents. The Clerk of the Court is directed to close the file in this case.

Dated: January 9, 2008                          Richard W. Wieking, Clerk

                                                      By: Betty Fong
                                                     Deputy Clerk